UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division
**Case Number: 17-20186-CIV-MARTINEZ-GOODMAN**

GLORIDELFA BARRIOS and all others
similarly situated under 29 U.S.C. 216(b),
    Plaintiff,

vs.

SOLASI ACCOUNTING & TAX ADVICE &
DESIGN OF THE WORDS IN DARK BLUE
AT LEFT SIDE HAS A CIRCLE COLORED
BLUE, PURPLE AND GREEN LIGHT a/k/a
SOLASI, LACAYO TRADE GROUP INC,
SOPHIA LACAYO,
    Defendants.
_____/

## NOTICE OF COURT PRACTICES IN FLSA CASES AND REFERRAL TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE

THIS CAUSE came before the Court upon *sua sponte* examination of the record. The Court notes that this is a Fair Labor Standards Act case in which Plaintiff seeks unpaid wages. In order to assist the Court in the management of the case, the parties are **ORDERED** to comply with the following procedures:

1. Plaintiff shall file a statement of claim setting forth the amount of alleged unpaid wages, the calculation of such wages, and the nature of the wages (e.g. overtime or regular) within twenty (20) days from the date below. Plaintiff shall promptly serve a copy of this notice and the statement on each Defendant's counsel when counsel for each Defendant first appears in the case or at the time of filing if a Defendant's counsel has already appeared in the case.

2. Each Defendant shall file a response within fifteen (15) days of receiving service of Plaintiff's statement, setting forth in detail any defenses to Plaintiff's claims.

-2-

3. This matter is **REFERRED** for purposes of a settlement conference before Magistrate Judge Jonathan Goodman, to occur within **fourteen (14) days** of a Defendant filing its/their Response to Plaintiff's Statement of Claim. **Counsel shall confer and contact Magistrate Judge Goodman's Chambers prior to the due date for the response by a Defendant to Plaintiff's statement of claim in order to schedule the settlement conference.** Except as provided under Local Rule 16.2(e), the appearance of counsel and each party, or representatives of each party with full authority to enter into a full and complete settlement, is mandatory. Appearance shall be in person; telephonic appearance is prohibited absent court order. All discussions, representations, and statements made at the settlement conference shall be confidential and privileged. If the case is settled at the settlement conference, counsel shall promptly notify the Court by filing a notice of settlement signed by counsel of record within **seven (7) days** of the conference.

4. In the event the settlement conference is unsuccessful, all parties are required to participate in subsequent mediation, which shall take place by the deadline contained in the Court's Scheduling Order, entered separately.

5. Failure to comply with **ANY** of these procedures may result in the imposition of appropriate sanctions, including but not limited to, the dismissal of this action or entry of default.

DONE AND ORDERED in Chambers at Miami, Florida, this 18 day of January, 2017.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
All Counsel of Record