UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:17-CV-20186-JEM

GLORIDELFA BARRIOS and all others )
similarly situated under 29 U.S.C. 216(b), )
　　　　　　　　　　　　　　　　　　　　)
　　　　　Plaintiffs, )
　　　　　　　　　　　　　　　　　　　　)
　vs. )
　　　　　　　　　　　　　　　　　　　　)
SOLASI ACCOUNTING & TAX ADVICE & )
DESIGN OF THE WORDS IN DARK BLUE )
AT LEFT SIDE HAS A CIRCLE COLORED )
BLUE, PURPLE AND GREEN LIGHT a/k/a )
SOLASI, )
LACAYO TRADE GROUP INC, )
SOPHIA LACAYO, )
　　　　　Defendants. )
_____ )

## PLAINTIFF'S STATEMENT OF CLAIM

Plaintiff, by and through the undersigned counsel, hereby files his Statement of Claim pursuant to this Court's Notice of Court Practice [DE 6], and states as follows:

**FEDERAL OVERTIME WAGE CLAIM:**

**Time-and-a-Half Overtime Claim:** January 16, 2014 through on or about November 10, 2016
(For the months of January through April of each year)
Weeks: 51 weeks
Average amount of hours worked per week:  94.5 hours
Average amount of overtime hours per week: 54.5 hours
Regular Rate of Pay:  $16/hr
Amount of time-and-a-half per hour not compensated: $24.00/hr
Total overtime wages unpaid: **$66,708.00** (54.5 hrs x $24.00/hr x 51 weeks)[1]
Total overtime wages unpaid and Liquidated Damages: **$133,416.00** ($66,708.00 x 2)

---

[1] As per [DE 1] complaint, Plaintiff was paid an occasional, minimal, substandard overtime payment of an average of $9.00 per overtime hour. As Plaintiff, at this time, is unable to determine the exact amount of occasional, minimal, substandard overtime payment paid to Plaintiff, this calculation does not account for same. Should an amount be determined through discovery, the amount of damages herein will need to be adjusted accordingly.

1

**Time-and-a-Half Overtime Claim:** January 16, 2014 through on or about April 31, 2016 (For the months of May through December of each year)
Weeks: 34 weeks (rounded down)
Average amount of hours worked per week:  60 hours
Average amount of overtime hours per week: 20 hours
Regular Rate of Pay:  $16/hr
Amount of time-and-a-half per hour not compensated: $24.00/hr
Total overtime wages unpaid: **$16,320.00** (20 hrs x $24.00/hr x 34 weeks)
Total overtime wages unpaid and Liquidated Damages: **$32,640.00** ($16,320.00 x 2)

**Time-and-a-Half Overtime Claim:** November 10, 2016 through January 16, 2017
Weeks: 9 weeks (rounded down)
Average amount of hours worked per week:  60 hours
Average amount of overtime hours per week: 20 hours
Regular Rate of Pay:  $16/hr
Amount of time-and-a-half per hour not compensated: $24.00/hr
Total overtime wages unpaid: **$4,320.00** (20 hrs x $24.000/hr x 9 weeks)
Total overtime wages unpaid and Liquidated Damages: **$8,640.00** ($4,320.00 x 2)

**Unpaid Wage Claim:** November 10, 2016 through January 16, 2017
Weeks: 9 weeks (rounded down)
Average amount of hours worked per week:  60 hours
Regular hours worked per week: 40 hours
Regular Rate of Pay:  $16/hr
Total wages unpaid: **$5,760.00** (40 hrs x $16.00/hr x 9 weeks)
Total wages unpaid and Liquidated Damages: **$11,520.00** ($5,760.00 x 2)

**Total Overtime Wage Claim and Liquidated Damages: $186,216.00**

*Plaintiff seeks all fees and costs under the FLSA and the above damages done include same.

**Plaintiff reserves the right to seek additional time-and-a-half damages for any other completely unpaid overtime hours, should the facts in discovery disclose same.

***Plaintiff reserves the right to seek minimum wage damages under the Florida Constitution.

                                              Respectfully Submitted,

                                              J.H. Zidell, P.A.
                                              300 71st Street, Suite 605
                                              Miami Beach, Florida 33141
                                              Tel: (305) 865-6766
                                               Fax: (305) 865-7167
                                              *Attorneys for Plaintiff*

          By: /s/ Neil Tobak
          Neil Tobak, Esq.
          ntobak.zidellpa@gmail.com
          Florida Bar Number: 93940

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on February 8, 2016.

          J.H. Zidell, P.A.
          300 71st Street, Suite 605
          Miami Beach, Florida 33141
          Tel: (305) 865-6766
          Fax: (305) 865-7167
          *Attorneys for Plaintiff*

          By: /s/ Neil Tobak
          Neil Tobak, Esq.
          ntobak.zidellpa@gmail.com
          Florida Bar Number: 93940