UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division
**Case Number:  17-20186-CIV-MARTINEZ-GOODMAN**

GLORIDELFA BARRIOS and all others
similarly situated under 29 U.S.C. 216(b),
     Plaintiff,

vs.

SOLASI ACCOUNTING & TAX ADVICE &
DESIGN OF THE WORDS IN DARK BLUE
AT LEFT SIDE HAS A CIRCLE COLORED
BLUE, PURPLE AND GREEN LIGHT a/k/a
SOLASI, LACAYO TRADE GROUP INC,
SOPHIA LACAYO,
     Defendants.
_____/

## ORDER OF REFERENCE TO MAGISTRATE JUDGE
## FOR PRELIMINARY STATUS CONFERENCE

PURSUANT to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the

Southern District of Florida, the above-captioned cause is referred to United States Magistrate

Judge **Jonathan Goodman** for a preliminary status conference.

DONE AND ORDERED in Chambers at Miami, Florida, this __2_ day of March, 2017.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
All Counsel of Record