## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

### CASE NO. 17-CV-20186-MARTINEZ/GOODMAN

GLORIDELFA BARRIOS
      Plaintiff(s)

v.

SOLASI ACCOUNTING & TAX ADVICE & DESIGN OF THE
WORDS IN DARK BLUE AT LEFT SIDE HAS A CIRCLE COLORED
BLUE, PURPLE AND GREEN LIGHT et al.
      Defendant(s)
_____/

### ORDER RE-SETTING THE PRELIMINARY STATUS CONFERENCE

This cause is set for a telephonic status conference before the Undersigned for **March 23, 2017 at 2:30 p.m.**  No Counsel shall appear in person.  **Counsel shall contact the Court 5 minutes prior to the hearing time of 2:30 p.m.** by calling the following toll-free number:

1. **1-888-684-8852;**

2. **Enter Access Code Number 8004594 followed by the # sign; and**

3. **Enter Security Code Number 1213 followed by the # sign.**

Counsel is advised that other attorneys from other cases will be attending the telephonic conference at the same time.  The Undersigned shall take a short role call at the beginning of the conference.

The conference should not last more than fifteen to twenty minutes.  **Cell phone use is <u>NOT</u> permitted**.  Counsel shall phone in timely to the conference call.  Attorneys who

phone in late, even by one or two minutes, will likely miss some of the substantive comments.

**DONE AND ORDERED** in Chambers, Miami, Florida on March 17, 2017.

Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

<u>**Copies furnished to**</u>:
The Honorable Jose E. Martinez
All counsel of record