UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-20186-CIV-JEM

GLORIDELFA BARRIOS and all others )
similarly situated under 29 U.S.C. 216(b), )
)
            Plaintiff, )
vs. )
)
SOLASI ACCOUNTING & TAX ADVICE & )
DESIGN OF THE WORLDS IN DARK )
BLUE AT LEFT SIDE HAS A CIRCLE )
COLORED BLUE, PURPLE AND GREEN )
LIGHT a/k/a SOLASI, LACAYO TRADE )
GROUP INC, SOPHIA LACAYO, )
)
           Defendants. )
_____ )

**JOINT PLANNING AND SCHEDULING REPORT**

     Plaintiff and Defendant, by and through the undersigned counsel, pursuant to Fed. R. Civ. P. 26(f), S.D.Fla. L.R. 16.1(B), and the Court's Order, hereby file this Joint Scheduling Report and proposed Scheduling Order ("Proposed Scheduling Order").[1]

A.    The Likelihood of Settlement

     The Parties have been exploring and will continue to explore, in good faith, the possibilities of settlement as contemplated by S.D. Fla. L.R. 16.1(B)(5), as this case progresses further.

B.    The Likelihood of Appearance In the Action of Additional Parties

     Plaintiff intends to fully utilize the FLSA opt-in process, and will seek leave to amend or certify if applicable.

C.    Proposed Limit on the time:

     As set forth in attached Joint Scheduling Form with suggested pretrial deadlines.

---

[1] A copy of the Joint Scheduling Form is attached as Exhibit 1.

1

D.  Proposals for the Formulation and Simplification of Issues

Presently, the Parties do not have any proposals for the formulation and simplification of issues. However, the Parties will continue to consider in good faith ways of simplifying the matters in this case and eliminating frivolous claims or defenses, by agreement, by requests for admissions, or by other means. Further, the parties shall utilize the required joint pretrial stipulation for this purpose.

E.  The Necessity or Desirability of Amendments to the Pleadings

Plaintiff may amend pursuant to deadlines relevant to opt-in and class certification issues. Plaintiff demands a trial by jury.

F.  The Possibility of Obtaining Admissions of Fact and Documents to Avoid Unnecessary Proof

The Parties will attempt, in good faith, to obtain admissions of fact, make appropriate stipulations, and exchange documents which will avoid unnecessary proof in this action. The Parties will work to agree on authentication of relevant documents and reserving arguments as to interpretation of such documents, specifically, to documents which originated from each of the Parties and/or their respective representatives/employees. At this time, there is no need for any advance rulings with respect to admissibility of evidence.

G.  Suggestions of the Avoidance of Unnecessary Proof and Cumulative Evidence

The Parties, where possible and in good faith, shall attempt to streamline the presentation of evidence to advance the case to trial, and to minimize the duration of the proposed trial, as to those facts and evidence where there is no dispute.

H.  Suggestions on the Advisability of Referring Matters to Magistrate Judge or Master

The Parties do not agree to consent to the Magistrate at this time as set forth in the attachment regarding Magistrate election.

I.  Preliminary Estimate of the Time Required for Trial

The Parties estimate this case will require 3 to 4 days for jury trial. Plaintiff requests a trial by jury.

J.  
Requested Date or Dates for Conferences Before Trial, a Final Pretrial Conference, and Trial.

The Parties respectfully refer the Court to the attached Proposed Scheduling Orders

for the proposed deadlines required by Local Rule 16.1(b)(2)(J). Further, the Parties respectfully request the following proposed deadlines:

    Pretrial Conference:    June 12, 2018.

    Trial:    June 18, 2018.

J.    <u>Whether the Trial Will Be Jury or Non-Jury</u>

    Plaintiff requests a trial by jury.

K.    <u>An Outline of the Legal Elements of Each Claim and Defense Raised by the Pleadings</u>

    **Plaintiff:** Plaintiff has the burden to show that Plaintiff is owed the wages sought under the FLSA and Florida Statute § 448.110 and that Plaintiff worked over 40 hours in a single work week (although Plaintiff refers to *Anderson v. Mt. Clemens Pottery Co.,* 328 U.S. 680, 687-688 (U.S. 1946), regarding record keeping requirements).

    **Defendant:** Defendant has not filed a pleading in this action due to a pending motion to dismiss.

L.    <u>A Good Faith Estimate of the Specific Dollar Valuation of Actual Damages and Other Relief Sought</u>

    Plaintiff refers to the Statement of Claim filed [DE9]. Plaintiff reserves the right to seek time and one-half overtime damages for any completely unpaid overtime hours, should the facts adduced in discovery justify same. Plaintiff also seeks liquidated damages and attorney' fees and costs.

M.    <u>The Need for Variance from the Discovery Limitations Imposed by Local Rule and/or the Federal Rules of Civil Procedure</u>.

    The Parties do not currently believe that a variance is necessary.

N.    <u>Any Other Information That Might Be Helpful to the Court</u>

    The parties have agreed to serve their initial disclosures as required by Fed. R. Civ. P. 26(a)(1)-(2) within one week of filing the Joint Scheduling and Planning Report with the court.

DATED: The 6th day of April, 2017.

J. H. ZIDELL, P.A.
ATTORNEYS FOR PLAINTIFF
300-71ST STREET, SUITE 605
MIAMI BEACH, FLORIDA 33141

BY: S/ Neil Tobak, ESQ.
NEIL TOBAK, ESQUIRE
FLORIDA BAR NO.: 93940
PH: 305-865-6766
FAX: 305-865-7167
NTOBAK.ZIDELLPA@GMAIL.COM


BY: S/   Joshua Saval                          .
**Joshua A. Saval**
Richards and Associates
232 Andalusia Avenue
Suite 202
Coral Gables, FL 33134
(305) 448-2228
Email: jsaval@rgattorneys.com

 

Respectfully submitted,

J. H. ZIDELL, P.A.
ATTORNEYS FOR PLAINTIFF
300-71ST STREET, SUITE 605
MIAMI BEACH, FLORIDA 33141
305-865-6766
305-865-7167

By:_/s/ Neil Tobak, Esq. ___
    Neil Tobak, Esquire
    Florida Bar No.: 93940

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS PROVIDED VIA CM/ECF ON _4_/_6_/15 TO ALL COUNSEL OF RECORD:**

**BY:_____/s/ Neil Tobak_____**
**NEIL TOBAK, ESQ.**