UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-20186-CIV-JEM

GLORIDELFA BARRIOS and all others )
similarly situated under 29 U.S.C. 216(b), )
　　　　　　　　　　　　　　　　　　　 )
　　　　　　Plaintiff, )
　vs. )
　　　　　　　　　　　　　　　　　　　 )
SOLASI ACCOUNTING & TAX ADVICE & )
DESIGN OF THE WORLDS IN DARK )
BLUE AT LEFT SIDE HAS A CIRCLE )
COLORED BLUE, PURPLE AND GREEN )
LIGHT a/k/a SOLASI, LACAYO TRADE )
GROUP INC, SOPHIA LACAYO, )
　　　　　　　　　　　　　　　　　　　 )
　　　　　　Defendants. )
_____ )

## NOTICE OF HEARING BEFORE THE HONORABLE MAGISTRATE JUDGE JONATHAN GOODMAN

PLEASE TAKE NOTICE that the undersigned attorney for the Plaintiff will call to be heard on the Court's discovery calendar before the HONORABLE MAGISTRATE JUDGE JONATHAN GOODMAN, at the 11th Floor of the James Lawrence King Federal Justice Building, 99 Northeast Fourth Street, Miami, FL 33132, on July 21, 2017, at 2:30 p.m.

Plaintiff is requesting the Court address issues with respect to Defendants' objections and failure to produce responsive documents to Plaintiffs' First Request for Production, Requests Nos. 2-9, 14, 15, 35, 38, and Plaintiffs' First Set of Interrogatories, Specifically, Interrogatories No, 4, served on Defendant SOLASI ACCOUNTING & TAX ADVICE & DESIGN OF THE WORLDS IN DARK BLUE AT LEFT SIDE HAS A CIRCLE COLORED BLUE, PURPLE AND GREEN LIGHT a/k/a SOLASI, LACAYO TRADE GROUP INC., Defendants' are contesting FLSA

1

coverage as to the monetary threshold as well as interstate commerce and these documents are directly relevant to same.

Moving counsel certifies that a bona-fide effort to agree or to narrow the issues on the Notice has been made with opposing counsel.

## **CERTIFICATE OF CONFERRAL**

The undersigned conferred with Defense Counsel, Joshua A. Saval, Esq., and the Parties have communicated through multiple emails and had a telephonic conference on 5/18/17 wherein the Parties thoroughly discussed each issue and are unable to resolve the discovery disputes. The Parties continue to confer and will notify the Court should The Parties resolve the discovery disputes prior to the Hearing.

Respectfully submitted,

J. H. ZIDELL, P.A.
ATTORNEYS FOR PLAINTIFF
300-71ST STREET, SUITE 605
MIAMI BEACH, FLORIDA 33141
305-865-6766
305-865-7167

By:_s/ Neil Tobak, Esq. ___
    Neil Tobak, Esquire
    Florida Bar No.: 93940

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS PROVIDED VIA EMAIL ON 5/24/17 TO:**

**Joshua A. Saval**
**Richards and Associates**
**232 Andalusia Avenue**

2

**Suite 202**
**Coral Gables, FL 33134**
**(305) 448-2228**
**Email:** jsaval@rgattorneys.com

**BY:__/s/____Neil Tobak_____**
**NEIL TOBAK, ESQ.**

3