UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17--20186-CIV-JEM

| | |
|---|---|
| GLORIDELFA BARRIOS and all others similarly situated under 29 U.S.C. 216(b), | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| SOLASI ACCOUNTING & TAX ADVICE & DESIGN OF THE WORDS IN DARK BLUE AT LEFT SIDE HAS A CIRCLE COLORED BLUE, PURPLE AND GREEN LIGHT a/k/a SOLASI, LACAYO TRADE GROUP INC, SOPHIA LACAYO, | ) ) ) ) ) ) ) ) |
| Defendants. | ) ) ) |
| _____ | ) |

**PLAINTIFF'S MOTION SEEKING LEAVE TO FILE AND SERVE FIRST AMENDED COMPLAINT**

Pursuant to Federal Rules of Civil Procedure Rule 15 and Southern Local Rule 15.1, Plaintiff requests entry of an order granting the above-described Motion for Leave to Amend, and as grounds thereof states as follows:

1. In addition to her FLSA claims, Plaintiff has a claim for minimum wage violations under Florida State Law, Florida Statute § 448.110.

2. On January 16, 2017, Plaintiff initially sent via certified U.S Mail the required Florida Minimum Wage Notices to the Defendants pursuant to Florida Statute § 448.110(6)(a). Per the United Stated Postal Service Tracking Results, all Defendants were served with the Notices on January 20, 2017.[1] *See attached* Exhibit "A." Thereafter, on April 5, 2017,

_____

[1] Plaintiff does not have a copy of the deposition transcript of Defendants that occurred on 6/6/17 however at said depositions, Defendants confirmed that they had in fact received the letters by mail. Further, the undersigned entered into the record as exhibits the Florida Minimum Wage

Plaintiff served Defense Counsel, Joshua A. Saval, Esq., via email on behalf of all Defendants with Plaintiff's Florida Minimum Wage Letters and, therefore Defendants were served with the Notices as of at least April 5, 2017, if not prior. *See attached* Exhibit "B."

3. Florida Statute §448.110(6)(b) provides that upon receipt of said Florida Minimum Wage Notice "The employer shall have 15 calendar days after receipt of the notice to pay the total amount of unpaid wages or otherwise resolve the claim to the satisfaction of the person aggrieved." The 15 calendar days from the January 20, 2017, date expired on Saturday, February 4, 2017. In the alternative, the 15 calendar days from the April 5, 2017, date expired on Thursday, April 20, 2017. As of the date of filing the instant First Amended Complaint, the Plaintiff and the Defendants have been unable to resolve said Florida Minimum Wage violation.

4. Plaintiff, having fulfilled the notice provision of the statute, seeks to amend the complaint to include the state minimum wage violation.

5. Plaintiff intends to file this action in State Court should this Motion not be granted thereby resulting in separate lawsuits, in different tribunals, with different judges presiding over claims that come from a common nucleus of facts. This will cause both sides to accrue additional attorneys' fees and costs unnecessarily. This will also split the action in two and may result in conflicting Jury verdicts, should the case proceed through to Trial. It would benefit judicial economy as well as the Parties for the instant Motion to be granted.

---

Notices along with a copy of the email reflecting same was sent to Defense counsel in an abundance of caution.

6. This Motion is not being filed for purposes of delay and allowing the above amendments would benefit the Court as it necessary and important in this stage to include all claims in this matter.

7. Further, per the Court's Scheduling Order [DE23], the deadline to amend has not yet passed as the deadline to amend the complaint is on August 31, 2017. As such, the instant Motion is timely.

8. A copy of the First Amended Complaint Plaintiff intends to file is attached.

## **MEMORANDUM OF LAW**

Pursuant to Fed. R. Civ. P. 15(a)(2), the court shall grant leave to amend freely when justice so requires. Plaintiff has properly complied with the requisite notice provisions. It would serve justice to be sure all potential claims are included. Furthermore, amending the complaint to include the Florida state minimum wage claims would not be burdensome to any factual discovery as it involves many of the same facts the FLSA claims involve nor would it hinder any scheduling matters as it is still early in the case and the deadline to amend has not yet passed as per the Court's Scheduling Order [DE23] the deadline to amend the complaint is not until August 31, 2017. Pursuant to SDLR 15.1, Plaintiff herewith attaches the proposed First Amended Complaint.

**WHEREFORE**, PLAINTIFF RESPECTFULLY REQUESTS THAT THIS HONORABLE COURT GRANT THIS MOTION FOR LEAVE TO AMEND AND ORDER DEFENDANTS TO FILE THEIR ANSWER(S) OR OTHER RESPONSIVE PLEADING(S) TO PLAINTIFF'S FIRST AMENDED COMPLAINT WITHIN 14 DAYS OF THIS ORDER.

## CERTIFICATE OF CONFERRAL

The undersigned conferred with Defense Counsel at the conclusion of the Defendants'

depositions, off the record, on 6/6/17 and Defense counsel advised that he opposed the Motion.

Respectfully submitted,

J. H. ZIDELL, P.A.
ATTORNEYS FOR PLAINTIFF
300-71ST STREET, SUITE 605
MIAMI BEACH, FLORIDA 33141
305-865-6766
305-865-7167

By:_s/ Rivkah F. Jaff, Esq. ___
     Rivkah F. Jaff, Esquire
     Florida Bar No.: 107511

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY THAT A TRUE AND CORRECT
COPY OF THE FOREGOING WAS PROVIDED VIA CM/ECF ON 6/6/17 TO:**

**JOSHUA A. SAVAL, ESQ.
RICHARDS AND ASSOCIATES
232 ANDALUSIA AVENUE, SUITE 202
CORAL GABLES, FL 33134
(305) 448-2228
EMAIL: JSAVAL@RGATTORNEYS.COM**

**BY:_____/s/ Rivkah F. Jaff_____
       RIVKAH F. JAFF, ESQ.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17--20186-CIV-JEM

GLORIDELFA BARRIOS and all others )
similarly situated under 29 U.S.C. 216(b), )
                                         )
            Plaintiffs,                  )
      vs.                                )
                                         )
SOLASI ACCOUNTING & TAX ADVICE & )
DESIGN OF THE WORDS IN DARK BLUE )
AT LEFT SIDE HAS A CIRCLE COLORED )
BLUE, PURPLE AND GREEN LIGHT a/k/a )
SOLASI,                                  )
LACAYO TRADE GROUP INC,                  )
SOPHIA LACAYO,                           )
                                         )
            Defendants.                  )
_____ )

## ORDER GRANTING PLAINTIFF'S MOTION SEEKING LEAVE TO FILE AND SERVE FIRST AMENDED COMPLAINT

This cause, having come before the Court on Plaintiff's Motion, and the Court being duly advised in the premises, it is ORDERED, and ADJUDGED that said motion is granted and therefore:

PLAINTIFF'S FIRST AMENDED COMPLAINT ATTACHED TO THE PLAINTIFF'S MOTION IS HEREBY DEEMED FILED AND  DEFENDANTS SHALL FILE THEIR ANSWER(S) OR OTHER RESPONSIVE PLEADING(S) TO PLAINTIFF'S FIRST AMENDED COMPLAINT WITHIN 14 DAYS OF THIS ORDER.

DONE AND ORDERED in chambers in Miami, Florida, on this _____ day of _____, 2017.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record