UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-20186-CIV-JEM

GLORIDELFA BARRIOS and all others )
similarly situated under 29 U.S.C. 216(b), )
　　　　　　　　　　　　　　　　　　　)
　　　　　　　Plaintiff, )
vs. )
　　　　　　　　　　　　　　　　　　　)
SOLASI ACCOUNTING & TAX ADVICE & )
DESIGN OF THE WORLDS IN DARK )
BLUE AT LEFT SIDE HAS A CIRCLE )
COLORED BLUE, PURPLE AND GREEN )
LIGHT a/k/a SOLASI, LACAYO TRADE )
GROUP INC, SOPHIA LACAYO, )
　　　　　　　　　　　　　　　　　　　)
　　　　　　　Defendants. )
_____ )

**AMENDED NOTICE OF HEARING BEFORE THE HONORABLE MAGISTRATE JUDGE JONATHAN GOODMAN**

PLEASE TAKE NOTICE that the undersigned attorney for the Plaintiff will call to be heard on the Court's discovery calendar before the HONORABLE MAGISTRATE JUDGE JONATHAN GOODMAN, at the 11th Floor of the James Lawrence King Federal Justice Building, 99 Northeast Fourth Street, Miami, FL 33132, on July 21, 2017, at 2:30 p.m.

1. Plaintiffs requesting the Court address issues with respect to Defendants' objections and failure to produce responsive documents to Plaintiffs' First Request for Production, Requests Nos. 2-9,14,15,35,38, and Plaintiffs' First Set of Interrogatories, Specifically, Interrogatories No, 4, served on Defendant SOLASI ACCOUNTING & TAX ADVICE & DESIGN OF THE WORLDS IN DARK BLUE AT LEFT SIDE HAS A CIRCLE COLORED BLUE, PURPLE AND

1

GREEN LIGHT a/k/a SOLASI, LACAYO TRADE GROUP INC., Defendants' are contesting FLSA coverage as to the monetary threshold as well as interstate commerce and these documents are directly relevant to same.

2. On May 17, 2017, Plaintiff served her Notice of Inspection via email to Defense Counsel to occur as noticed on June 23, 2017. While Defendants responded via email that they opposed they never filed anything to reflect same. As such, Plaintiff and counsel appeared as properly noticed. Plaintiff herein seeks to compel the Inspection of Premises, along with all fees and costs related to Defendants failure to appear as properly noticed and for the inspection not proceeding as noticed.

Moving counsel certifies that a bona-fide effort to agree or to narrow the issues on the Notice has been made with opposing counsel.

## CERTIFICATE OF CONFERRAL

Plaintiff's Counsel have conferred with Defense Counsel, Joshua A. Saval, Esq., and the Parties have communicated through multiple emails and had telephonic conferences wherein the Parties thoroughly discussed each issue and are unable to resolve the discovery disputes. The Parties continue to confer and will notify the Court should The Parties resolve the discovery disputes prior to the Hearing.

Respectfully submitted,

J. H. ZIDELL, P.A.
ATTORNEYS FOR PLAINTIFF
300-71ST STREET, SUITE 605
MIAMI BEACH, FLORIDA 33141

        305-865-6766
        305-865-7167

        By:_s/ Neil Tobak, Esq. ___
        Neil Tobak, Esquire
        Florida Bar No.: 93940

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS PROVIDED VIA EMAIL ON 6/23/17 TO:**

**Joshua A. Saval
Richards and Associates
232 Andalusia Avenue
Suite 202
Coral Gables, FL 33134
(305) 448-2228
Email:** jsaval@rgattorneys.com

**BY:__/s/____Neil Tobak_____
NEIL TOBAK, ESQ.**

3