IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

GLORIDELFA BARRIOS and all others
similarly situated under 29 U.S.C. 216(b),

       Plaintiff,                                Case No.: 17-CV-20186-JEM

vs.

SOLASI ACCOUNTING & TAX ADVICE &
DESIGN OF THE WORDS IN DARK BLUE
AT LEFT SIDE HAS A CIRCLE COLORED
BLUE, PURPLE AND GREEN LIGHT a/k/a
SOLASI, LACAYO TRADE GROUP, INC.,
SOPHIA LACAYO,

       Defendants.

_____/

## DEFENDANTS' CROSS NOTICE OF HEARING

PLEASE TAKE NOTICE that the Defendants, SOLASI ACCOUNTING & TAX ADVICE & DESIGN OF THE WORDS IN DARK BLUE AT LEFT SIDE HAS A CIRCLE COLORED BLUE, PURPLE AND GREEN LIGHT a/k/a SOLASI ("Solasi"), LACAYO TRADE GROUP, INC. ("Lacayo Trade"), and SOPHIA LACAYO ("Ms. Lacayo") (collectively referred to hereinafter as the "Defendants"), by and through undersigned counsel, pursuant to Magistrate Judge Goodman's Discovery Procedures Order [DE 23],[1] will call the following to be heard on this Court's discovery calendar on July 21, 2017 at 2:30 p.m., before the Honorable Magistrate Judge Jonathan Goodman at the James Lawrence King Federal Justice Building, 99 N.E. Fourth Street, Room 1168, Miami, Florida 33132:

Defendants are requesting this Court to address whether the Plaintiff properly noticed and attempted to perform a property inspection because: 1) Defendants objected to the inspection; 2)

_____

[1] Defendants are also filing this Cross Notice of Hearing based upon Plaintiff's counsel's representations that Defendants are required to file a Cross-Notice of Hearing for any dispute.

1

Defendants requested the issue of whether to permit an inspection be raised at the July 21 discovery hearing; and 3) the discovery procedures in this action do not permit any discovery motions or require the party opposing discovery to file anything.

## CERTIFICATION

Defendants' counsel have conferred with Plaintiff's counsel regarding the discovery issues raised in this notice in a good faith effort to resolve the issues raised in the notice and have been unable to do so.

Respectfully submitted,

RICHARDS GOLDSTEIN LLP
*Attorneys for Solasi Accounting & Tax Advice*
*& Design of the Words in Dark Blue at Left Side*
*has a Circle Colored Blue, Purple and Green*
*Light a/k/a Solasi, Lacayo Trade Group, Inc.,*
*and Sophia Lacayo*
55 Miracle Mile, Suite 310
Coral Gables, Florida 33134
Telephone:  (305) 448-2228
Facsimile:   (305) 448-2229
Primary E-mail: rrichards@rgattorneys.com
Secondary E-mail: jgoldstein@rgattorneys.com

s/Richard L. Richards
RICHARD L. RICHARDS
Florida Bar No.: 9415
JASON GOLDSTEIN
Florida Bar No.: 91113
JOSHUA SAVAL
Florida Bar No.: 112165

3

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2017, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF and served upon all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: s/Richard L. Richards
RICHARD L. RICHARDS

## SERVICE LIST

J.H. ZIDELL, P.A.
*Attorneys for Gloridelfa Barrios*
J.H. Zidell, Esq.
Neil Tobak, Esq.
Rivkah Jaff, Esq.
300 71st Street, Suite 605
Miami Beach, FL 33141
Tel: (305) 865-6766
Fax: (305) 865-7167
zabogado@aol.com
ntobak.zidellpa@gmail.com
rivkah.jaff@gmail.com