IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

GLORIDELFA BARRIOS and all others
similarly situated under 29 U.S.C. 216(b),

    Plaintiff,                                                  Case No.: 17-CV-20186-JEM

vs.

SOLASI ACCOUNTING & TAX ADVICE &
DESIGN OF THE WORDS IN DARK BLUE
AT LEFT SIDE HAS A CIRCLE COLORED
BLUE, PURPLE AND GREEN LIGHT a/k/a
SOLASI, LACAYO TRADE GROUP, INC.,
SOPHIA LACAYO,

    Defendants.
_____/

**JOINT NOTICE OF HEARING BEFORE
THE HONORABLE MAGISTRATE JUDGE JONATHAN GOODMAN**

PLEASE TAKE NOTICE that the undersigned attorneys will call to be heard on the Court's discovery calendar before the HONORABLE MAGISTRATE JUDGE JONATHAN GOODMAN, at the 11th Floor of the James Lawrence King Federal Justice Building, 99 Northeast Fourth Street, Miami, FL 33132, on July 21, 2017, at 2:30 p.m.

1. Plaintiff respectfully requests the Court compel Defendants' to better respond and provide responsive documents to Plaintiffs' First Request for Production, specifically Requests Nos. 2, 3, 4, 6,7, 8, and 9.[1]

2. On June 7, 2017, Plaintiff served Defendants with Plaintiff's Supplemental Request for Admissions, Supplemental Request for Production, and Supplemental Set of Interrogatories.

---

[1] Defendants have agreed to provide better responses to Plaintiff's First Request for Production Nos. 14, 15, 35, and 38, to reflect "none." Moreover, Defendants' have agreed to provide better responses to Plaintiff's First Set of Interrogatories, specifically Interrogatory No. 4.

1

Said responses were due on July 7, 2017. On July 5, 2017, Defendants asked for a 20-day extension, to which Plaintiff granted an extension until July 10, 2017. As of July 20, 2017, Defendants have failed to serve their responses to Plaintiff's Supplemental Discovery but have represented such responses are forthcoming. Plaintiff respectfully requests the Court to compel Defendants to respond to Plaintiff's Supplemental Request for Admissions, Plaintiff's Supplemental Request for Production, Supplemental Set of Interrogatories, and enter an Order that all of Defendants' objections to the discovery requests are deemed waived, all admissions are deemed to be admitted, that Plaintiff be awarded reasonable attorneys' fees and costs incurred in the Hearing and all related work pursuant to Rule 37(a)(4)(A), and to Order Defendants' to produce same by a date certain.

3. The Parties have conferred further since the filing of Plaintiff's Second Amended Notice [DE31] and Defendants have agreed to pay the amount of $870.00[2] to the J.H. Zidell, P.A., Operating Account regarding the depositions that did not proceed properly noticed. Plaintiff respectfully requests the Court enter an Order requiring Defendants to make payment by a date certain.

4. The Parties have agreed with the attorney representing the non-party witnesses, Thanya Lacayo and Zamira Rodriguez, to have their depositions occur on July 25, 2017 at Plaintiff's counsel's office.

---

[2] Plaintiff has provided Defendants with the following breakdown of costs:
    $45/subpoena ($90)
    $40/witness fee check ($80)
    $150/Certificate of Non-Appearance per witness for June depositions ($300)
    $100/hr for the translator ($100)
    $150/Certificate of Non-Appearance per witness for July (reset) depositions ($300)
    Total - $870.

5. Lastly, Defendants' are stipulating to the $500,000 monetary threshold requirement and interstate commerce for the years 2014 through to and including 2017 and, as such, no discovery needs to be conducted in relation to same based on this stipulation.

J.H. ZIDELL, P.A.
Counsel for Plaintiff
300 71st Street, Suite 605
Miami Beach, FL  33141
Telephone (305) 865-6766
Facsimile (305) 865-7167


/s Rivkah Jaff
Rivkah Jaff, Esq.
Florida Bar No. 107511
E-mail: rivkah.jaff@gmail.com


RICHARDS GOLDSTEIN LLP
*Attorneys for Solasi Accounting & Tax Advice & Design of the Words in Dark Blue at Left Side has a Circle Colored Blue, Purple and Green Light a/k/a Solasi, Lacayo Trade Group, Inc., and Sophia Lacayao*
55 Miracle Mile, Suite 310
Coral Gables, Florida 33134
Telephone:  (305) 448-2228
Facsimile:   (305) 448-2229
Primary E-mail:  rrichards@rgattorneys.com
Secondary E-mail: jgoldstein@rgattorneys.com

By: s/Joshua Saval
RICHARD L. RICHARDS
Florida Bar No. 09415
JASON GOLDSTEIN
Florida Bar No.: 91113
JOSHUA SAVAL
Florida Bar No.: 112165