IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

GLORIDELFA BARRIOS and all others
similarly situated under 29 U.S.C. 216(b),

    Plaintiff,                                          Case No.: 17-CV-20186-JEM

vs.

SOLASI ACCOUNTING & TAX ADVICE &
DESIGN OF THE WORDS IN DARK BLUE
AT LEFT SIDE HAS A CIRCLE COLORED
BLUE, PURPLE AND GREEN LIGHT a/k/a
SOLASI, LACAYO TRADE GROUP, INC.,
SOPHIA LACAYO,

    Defendants.
_____/

**DEFENDANTS' NOTICE OF HEARING**

       PLEASE TAKE NOTICE that the Defendants, SOLASI ACCOUNTING & TAX ADVICE & DESIGN OF THE WORDS IN DARK BLUE AT LEFT SIDE HAS A CIRCLE COLORED BLUE, PURPLE AND GREEN LIGHT a/k/a SOLASI ("Solasi"), LACAYO TRADE GROUP, INC. ("Lacayo Trade"), and SOPHIA LACAYO ("Ms. Lacayo") (collectively referred to hereinafter as the "Defendants"), by and through undersigned counsel, pursuant to Magistrate Judge Goodman's Discovery Procedures Order [DE 23], will call the following to be heard on this Court's discovery calendar on October 27, 2017 at 2:30 p.m., before the Honorable Magistrate Judge Jonathan Goodman at the James Lawrence King Federal Justice Building, 99 N.E. Fourth Street, Room 1168, Miami, Florida 33132:

       Defendants are requesting this Court to address issues with respect to Plaintiff's objections and failure to produce responsive documents to the following: Defendants' requests for production numbers 1 and 3.

1

Defendants' interrogatories numbers 15, 17, and 18.

Plaintiff is contending that she was economically dependent upon the Defendants, that she worked overtime with the Defendants, and that she was not paid minimum wage from the Defendants. The documents and information requested are related to these issues.

## CERTIFICATION

Defendants' counsel have conferred with Plaintiff's counsel regarding the discovery issues raised in this notice in a good faith effort to resolve the issues raised in the notice and have been unable to do so. Specifically, the parties had a telephonic conference on August 10, 2017 and have corresponded through various emails. The parties have made a good faith effort to agree or to narrow the issues in the discovery dispute. The parties continue to confer and will notify the Court should they resolve the discovery dispute prior to the hearing.

Respectfully submitted,

RICHARDS GOLDSTEIN LLP
*Attorneys for Solasi Accounting & Tax Advice
& Design of the Words in Dark Blue at Left Side
has a Circle Colored Blue, Purple and Green
Light a/k/a Solasi, Lacayo Trade Group, Inc.,
and Sophia Lacayo*
55 Miracle Mile, Suite 310
Coral Gables, Florida 33134
Telephone:  (305) 448-2228
Facsimile:   (305) 448-2229
Primary E-mail: rrichards@rgattorneys.com
Secondary E-mail: jgoldstein@rgattorneys.com

s/Joshua Saval
RICHARD L. RICHARDS
Florida Bar No.: 9415
JASON GOLDSTEIN
Florida Bar No.: 91113
JOSHUA SAVAL
Florida Bar No.: 112165

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2017, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF and served upon all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: s/Joshua Saval
JOSHUA SAVAL

## SERVICE LIST

J.H. ZIDELL, P.A.
*Attorneys for Gloridelfa Barrios*
J.H. Zidell, Esq.
Neil Tobak, Esq.
Rivkah Jaff, Esq.
300 71st Street, Suite 605
Miami Beach, FL 33141
Tel: (305) 865-6766
Fax: (305) 865-7167
zabogado@aol.com
ntobak.zidellpa@gmail.com
rivkah.jaff@gmail.com