UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-20186-CIV-MARTINEZ/GOODMAN

GLORIDELFA BARRIOS,

    Plaintiff,

v.

LACOYA TRADE GROUP, INC.,
et al.,

    Defendants.
_____/

## POST-DISCOVERY HEARING ADMINISTRATIVE ORDER

Defendants filed a Notice of Hearing regarding a discovery dispute. [ECF No. 38]. The Undersigned held a hearing to resolve the discovery dispute on October 27, 2017. At the hearing, the Undersigned **ordered** as follows:

Concerning Defendants' First Requests for Production, Request #1, Plaintiff shall, by November 10, 2017, provide to Defendants her income tax returns for the tax years 2014-2016.

Concerning Defendants' First Requests for Production, Request #3, Plaintiff shall, by November 10, 2017, provide to Defendants bank records reflecting, deposits, incoming money, business expenses, and cancelled checks for the years of 2014-2016, and through March of 2017.

Concerning Defendants' First Set of Interrogatories, Request #15, the parties have resolved the issue.

Concerning Defendants' First Set of Interrogatories, Request #17, no further response is required.

Concerning Defendants' First Set of Interrogatories, Request #18, Plaintiff shall, by November 10, 2017, provide a supplemental answer to Defendants indicating: (1) how much in dollars Plaintiff is seeking in damages; (2) at what hourly rate; and (3) for how many hours. Plaintiff must clarify how she calculated her damages on a category by category basis.

**DONE and ORDERED** in Chambers, in Miami, Florida, on October 31, 2017.

Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

**Copies furnished to:**
The Honorable Jose E. Martinez
All Counsel of Record