IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

GLORIDELFA BARRIOS and all others
similarly situated under 29 U.S.C. 216(b),

    Plaintiff,                                                                      Case No.: 17-CV-20186-JEM

vs.

SOLASI ACCOUNTING & TAX ADVICE &
DESIGN OF THE WORDS IN DARK BLUE
AT LEFT SIDE HAS A CIRCLE COLORED
BLUE, PURPLE AND GREEN LIGHT a/k/a
SOLASI, LACAYO TRADE GROUP, INC.,
SOPHIA LACAYO,

    Defendants.
_____/

## DEFENDANTS' NOTICE OF HEARING

PLEASE TAKE NOTICE that the Defendants, SOLASI ACCOUNTING & TAX ADVICE & DESIGN OF THE WORDS IN DARK BLUE AT LEFT SIDE HAS A CIRCLE COLORED BLUE, PURPLE AND GREEN LIGHT a/k/a SOLASI ("Solasi"), LACAYO TRADE GROUP, INC. ("Lacayo Trade"), and SOPHIA LACAYO ("Ms. Lacayo") (collectively referred to hereinafter as the "Defendants"), by and through undersigned counsel, pursuant to Magistrate Judge Goodman's Discovery Procedures Order [DE 23], will call the following to be heard on this Court's discovery calendar on November 30, 2017 at 5:30 p.m., before the Honorable Magistrate Judge Jonathan Goodman at the James Lawrence King Federal Justice Building, 99 N.E. Fourth Street, Room 1168, Miami, Florida 33132:

Defendants are requesting this Court to address issues with respect to the failure of third parties to comply with a notice of taking deposition with a subpoena duces tecum. Rosa Anido failed to appear for two separate depositions on October 19, 2017 and November 16, 2017. Aida

Morelles appeared for her November 16, 2017 deposition but failed to produce any documents despite admitting on the record she had responsive documents in her possession. These recalcitrant witnesses are required to appear before the Court for this hearing. The undersigned firm has served a copy of this notice of hearing and a subpoena for attendance to the hearing to the witnesses via process server.

## **CERTIFICATION**

Defendants' counsel have conferred with Plaintiff's counsel and the third parties regarding the discovery issues raised in this notice in a good faith effort to resolve the issues raised herein but have been unable to do so. These parties continue to confer and will notify the Court should they resolve the discovery dispute prior to the hearing.

Respectfully submitted,

RICHARDS GOLDSTEIN LLP
*Attorneys for Solasi Accounting & Tax Advice & Design of the Words in Dark Blue at Left Side has a Circle Colored Blue, Purple and Green Light a/k/a Solasi, Lacayo Trade Group, Inc., and Sophia Lacayo*
55 Miracle Mile, Suite 310
Coral Gables, Florida 33134
Telephone:  (305) 448-2228
Facsimile:   (305) 448-2229
Primary E-mail: rrichards@rgattorneys.com
Secondary E-mail: jgoldstein@rgattorneys.com

s/Joshua Saval
RICHARD L. RICHARDS
Florida Bar No.: 9415
JASON GOLDSTEIN
Florida Bar No.: 91113
JOSHUA SAVAL
Florida Bar No.: 112165

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2017, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF and served upon all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: s/Joshua Saval
JOSHUA SAVAL

## SERVICE LIST

J.H. ZIDELL, P.A.
*Attorneys for Gloridelfa Barrios*
J.H. Zidell, Esq.
Neil Tobak, Esq.
Rivkah Jaff, Esq.
300 71st Street, Suite 605
Miami Beach, FL 33141
Tel: (305) 865-6766
Fax: (305) 865-7167
zabogado@aol.com
ntobak.zidellpa@gmail.com
rivkah.jaff@gmail.com