UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-20186-CIV-JEM

GLORIDELFA BARRIOS and all others )
similarly situated under 29 U.S.C. 216(b), )
                                                                 )
                Plaintiffs, )
   vs. )
                                                                )
SOLASI ACCOUNTING & TAX ADVICE & )
DESIGN OF THE WORDS IN DARK BLUE )
AT LEFT SIDE HAS A CIRCLE COLORED )
BLUE, PURPLE AND GREEN LIGHT a/k/a )
SOLASI, )
LACAYO TRADE GROUP INC, )
SOPHIA LACAYO, )
                                                                 )
               Defendants. )
_____ )

**PLAINTIFF'S EXPEDITED AGREED MOTION TO APPEAR BY PHONE FOR HEARING ON 11/30/17 BEFORE THE HONORABLE MAGISTRATE JUDGE MAGISTRATE JUDGE JONATHAN GOODMAN [DE62]**

COMES NOW the Plaintiff, by and through the undersigned, filed the above- described Agreed Motion and in support thereof states as follows:

1. Defendants set a Hearing before the Honorable Magistrate Judge Jonathan Goodman for November 30, 2017, commencing at 5:30 p.m. [DE62].

2. The Discovery Hearing [DE62] is regarding the failure of a third-party witness to appear for deposition *duces tecum* and third-party witness who failed to produce any documents regarding a deposition *duces tecum* she appear at.

3. The Discovery Hearing is limited in scope to Defendants' Motion and is on two narrowed issues and, as such, will likely be brief.

4. So as to conserve attorney time and costs related to travel, Plaintiff's Counsel requests permission to appear by phone for said Hearing.

5. Plaintiff's Counsel will ensure that a landline phone is used for the Hearing and will ensure that the Hearing is not conducted by way of speaker phone.

6. Plaintiff conferred with Defense Counsel, Joshua Saval, Esq., by phone and he said that there is no opposition to the relief herein sought and that he agreed to the instant Motion.

WHEREFORE, PLAINTIFF'S COUNSEL RESPECTFULLY REQUESTS SHE BE PERMITTED TO APPEAR FOR THE HEARING VIA TELEPHONE FOR THE HEARING SETTING TO OCCUR ON 11/30/17 BEFORE THE HONORABLE MAGISTRATE JUDGE GOODMAN AS SET FORTH IN [DE62].

### CERTIFICATE OF CONFERRAL

Defendants agree to this Motion.

Respectfully submitted,

J. H. ZIDELL, P.A.
ATTORNEYS FOR PLAINTIFF
300-71ST STREET, SUITE 605
MIAMI BEACH, FLORIDA 33141
305-865-6766
305-865-7167

By:_s/ Rivkah F. Jaff, Esq. ___
    Rivkah F. Jaff, Esquire
    Florida Bar No.: 107511

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS PROVIDED VIA CM/ECF ON 11/30/17 TO:**

**JOSHUA A. SAVAL, ESQ.
RICHARDS AND ASSOCIATES
232 ANDALUSIA AVENUE, SUITE 202
CORAL GABLES, FL 33134**

**PH: (305) 448-2228**
**EMAIL: JSAVAL@RGATTORNEYS.COM**

**BY:_____/s/ Rivkah F. Jaff_____**
     **RIVKAH F. JAFF, ESQ.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-20186-CIV-JEM

GLORIDELFA BARRIOS and all others          )
similarly situated under 29 U.S.C. 216(b),  )
                                            )
       Plaintiffs,                          )
  vs.                                       )
                                            )
SOLASI ACCOUNTING & TAX ADVICE &           )
DESIGN OF THE WORDS IN DARK BLUE           )
AT LEFT SIDE HAS A CIRCLE COLORED          )
BLUE, PURPLE AND GREEN LIGHT a/k/a         )
SOLASI,                                     )
LACAYO TRADE GROUP INC,                    )
SOPHIA LACAYO,                             )
                                            )
       Defendants.                          )
_____ )

**ORDER GRANTING PLAINTIFF'S EXPEDITED AGREED MOTION TO APPEAR BY PHONE FOR HEARING ON 11/30/17 BEFORE THE HONORABLE MAGISTRATE JUDGE MAGISTRATE JUDGE JONATHAN GOODMAN [DE62]**

      This cause, having come before the Court on Plaintiff's above-described Agreed Motion, and the Court being duly advised in the premises, it is ORDERED and ADJUDGED that said motion is granted and therefore:

      PLAINTIFF'S COUNSEL MAY APPEAR BY PHONE FOR THE HEARING SCHEDULED TO OCCUR ON 11/30/17 COMMENCING AT 5:30 P.M. BEFORE THE HONORABLE MAGISTRATE JUDGE GOODMAN.

      DONE AND ORDERED in chambers in Miami, Florida, on this _____ day of _____, 2017.

                                                      _____
                                                      JONATHAN GOODMAN
                                                      UNITED STATES MAGISTRATE JUDGE

Copies to: Counsel of Record