UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 17-20186-CIV-MARTINEZ/GOODMAN**

GLORIDELFA BARRIOS,

 Plaintiff,

v.

LACOYA TRADE GROUP, INC.,
et al.,

 Defendants.
_____/

**POST-DISCOVERY HEARING ADMINISTRATIVE ORDER**

Defendants filed a Notice of Hearing regarding a discovery dispute. [ECF No. 62]. The Undersigned held a hearing to resolve the discovery dispute on November 30, 2017. At the hearing, the Undersigned **ordered** as follows:

Defense counsel may retake Rosa Anido's deposition at her home, located at 859 West 36th Street, Hialeah, Florida, 33012, so that Ms. Anido can care for her mother, if necessary, during the deposition. The parties shall coordinate with Ms. Anido to set the deposition date and time by contacting her by telephone (786-314-1848) or email (rosa_anido@hotmail.com)**.**

By December 4, 2017, Defense counsel shall provide Plaintiff's counsel with the pay stub copies that Ms. Aida Morelles produced at the November 30th hearing.

**DONE and ORDERED** in Chambers, in Miami, Florida, on December 4, 2017.

Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

**Copies furnished to:**
The Honorable Jose E. Martinez
All Counsel of Record