

Neil Tobak <ntobak.zidellpa@gmail.com>

## 17-cv-20186-JEM Barrios v. Solasi Accounting & Tax Advice

**Joshua Saval** <jsaval@rgattorneys.com>   Mon, Jul 17, 2017 at 8:40 PM
To: Rivkah Jaff <rivkah.jaff@gmail.com>
Cc: Richard L Richards <rrichards@rgattorneys.com>, Maria Piva <mpiva@rgattorneys.com>, Neil Tobak <ntobak.zidellpa@gmail.com>, JH Zidell <zabogado@aol.com>

Rivkah,

We agree to stipulate to interstate commerce for this action and to pay for the costs relating to the two depositions. Our objections to the allegations of the complaint are preserved and shall be resolved by the Court via our pending motion. What time are you available tomorrow afternoon so we can coordinate a conference call to reschedule the depositions? Please also let me know what better responses to the discovery you are seeking in light of our stipulation to interstate commerce as some of the discovery may be related to that specific issue and we may be able to narrow the issues for the hearing even further. Thank you.


Regards,


Joshua Saval

*Associate Attorney*


RICHARDS GOLDSTEIN LLP

Florida | 55 Miracle Mile, Suite 310 | Coral Gables, Florida 33134

Telephone: (305) 448-2228 | Facsimile: (305) 448-2229

New York | 32 Broadway, 13th Floor | New York, New York 10004

Telephone: (212) 328-7878 | Facsimile: (212) 328-7879

Email: jsaval@rgattorneys.com


Attention:  The information contained in this Email message is attorney privileged and confidential information intended only for the use of the individual(s) named above. If the reader

of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you received this communication in error, please contact the sender by reply Email and destroy all of the original message. Thank you.

---

**From:** Rivkah Jaff [mailto:rivkah.jaff@gmail.com]
**Sent:** Monday, July 17, 2017 9:05 AM
**To:** Joshua Saval; Gaby Valdes; Jason Goldstein; Richard L Richards; Maria Piva; Neil Tobak; zabogado@aol.com
**Subject:** 17-cv-20186-JEM Barrios v. Solasi Accounting & Tax Advice

[Quoted text hidden]



Rivkah Jaff <rivkah.jaff@gmail.com>

## 17-cv-20186-JEM Barrios v. Solasi Accounting & Tax Advice

**Joshua Saval** <jsaval@rgattorneys.com>  Mon, Jul 17, 2017 at 8:40 PM
To: Rivkah Jaff <rivkah.jaff@gmail.com>
Cc: Richard L Richards <rrichards@rgattorneys.com>, Maria Piva <mpiva@rgattorneys.com>, Neil Tobak <ntobak.zidellpa@gmail.com>, JH Zidell <zabogado@aol.com>

Rivkah,

We agree to stipulate to interstate commerce for this action.

Regards,

Joshua Saval

*Associate Attorney*

RICHARDS GOLDSTEIN LLP

Florida | 55 Miracle Mile, Suite 310 | Coral Gables, Florida 33134

Telephone: (305) 448-2228 | Facsimile: (305) 448-2229

New York | 32 Broadway, 13th Floor | New York, New York 10004

Telephone: (212) 328-7878 | Facsimile: (212) 328-7879

Email: jsaval@rgattorneys.com

Attention: The information contained in this Email message is attorney privileged and confidential information intended only for the use of the individual(s) named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you received this communication in error, please contact the sender by reply Email and destroy all of the original message. Thank you.

**From:** Rivkah Jaff [mailto:rivkah.jaff@gmail.com]
**Sent:** Monday, July 17, 2017 9:05 AM
**To:** Joshua Saval; Gaby Valdes; Jason Goldstein; Richard L Richards; Maria Piva; Neil Tobak; zabogado@aol.com
**Subject:** 17-cv-20186-JEM Barrios v. Solasi Accounting & Tax Advice

[Quoted text hidden]