UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-20186-CIV-JEM

GLORIDELFA BARRIOS and all others )
similarly situated under 29 U.S.C. 216(b), )
                                          )
            Plaintiff,                    )
    vs.                                   )
                                          )
SOLASI ACCOUNTING & TAX ADVICE & )
DESIGN OF THE WORDS IN DARK BLUE )
AT LEFT SIDE HAS A CIRCLE COLORED )
BLUE, PURPLE AND GREEN LIGHT a/k/a )
SOLASI, et al.                            )
                                          )
            Defendants.                   )
_____ )

**PLAINTIFF'S NOTICE REGARDING [DE71]**

**COMES NOW**, the Plaintiff, by and through undersigned counsel, and files this Notice regarding Plaintiff's Omnibus Motion in *Limine Nunc Pro Tunc,* filed by Plaintiff as [DE71], and respectfully advises the Court that Defendants' oppose the Motion.[1]

Respectfully submitted,

J. H. ZIDELL, P.A.
ATTORNEYS FOR PLAINTIFF
300-71ST STREET, SUITE 605
MIAMI BEACH, FLORIDA 33141
305-865-6766
305-865-7167

---

[1] Per Plaintiff's Motion [DE71], in the Certificate of Conferral, Plaintiff stated that the "undersigned made two phone calls and sent three conferral emails at different times throughout the day in an effort to confer with Defense counsel. As the instant Motion is being filed *nunc pro tunc* the undersigned files same in an abundance of caution without having Defendants' position regarding same." As such, Plaintiff updated the Court on Defendants' position herein.

By:_s/ Rivkah F. Jaff, Esq. ___<br>
Rivkah F. Jaff, Esquire<br>
Florida Bar No.: 107511

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS PROVIDED VIA CM/ECF AND EMAIL 12/14/17 TO:**

**JOSHUA A. SAVAL, ESQ.**
**RICHARDS AND ASSOCIATES**
**232 ANDALUSIA AVENUE, SUITE 202**
**CORAL GABLES, FL 33134**
**PH: (305) 448-2228**
**EMAIL: JSAVAL@RGATTORNEYS.COM**

**BY:__/s/____Rivkah F. Jaff_____**
**RIVKAH F. JAFF, ESQ.**