IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

GLORIDELFA BARRIOS and all others
similarly situated under 29 U.S.C. 216(b),

    Plaintiff,                                       Case No.: 17-CV-20186-JEM

vs.

SOLASI ACCOUNTING & TAX ADVICE &
DESIGN OF THE WORDS IN DARK BLUE
AT LEFT SIDE HAS A CIRCLE COLORED
BLUE, PURPLE AND GREEN LIGHT a/k/a
SOLASI, LACAYO TRADE GROUP, INC.,
SOPHIA LACAYO,

    Defendants.
_____/

## MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS

The law firm of Richards Goldstein LLP, Richard L. Richards, Jason Goldstein, Maria Piva, and Joshua A. Saval (collectively "Counsel"), pursuant to Local Rule 11(d)(3) and Rule 4-1.16(b), Florida Rules of Professional Conduct, hereby move to withdraw as counsel for Defendants, SOLASI ACCOUNTING & TAX ADVICE & DESIGN OF THE WORDS IN DARK BLUE AT LEFT SIDE HAS A CIRCLE COLORED BLUE, PURPLE AND GREEN LIGHT a/k/a SOLASI, LACAYO TRADE GROUP, INC., and SOPHIA LACAYO ("Defendants"), and in support thereof state as follows:

    1.    Counsel and Defendants have developed irreconcilable differences.

    2.    Counsel is hereby notifying all parties and attorneys of record of its intent to withdraw as counsel for Defendants.

    3.    Counsel's withdrawal will not create any material adverse effect upon the interests of Defendants.

1

4. The following motions are pending:

    a. Defendants' Motion to Dismiss. [D.E. 11].

    b. Plaintiff's Motion for Seeking Leave to File and Serve First Amended Complaint [D.E. 25].

    c. Defendants' Motion for Continuance. [D.E. 67].

    d. Plaintiff's Expedited Motion for Enlargement of One (1) Day to File Motion for Summary Judgment. [D.E. 68].

    e. Plaintiff's Motion for Summary Judgment. [D.E. 69].

    f. Plaintiff's Omnibus Motion in Limine *Nunc Pro Tunc*. [D.E. 71].

5. The Defendants ask for this Court to grant the motion for continuance [D.E. 67] because the deadline extensions therein would permit Defendants' new counsel to adequately prepare a defense for this action.

6. This Court should also grant a 30-day extension for the deadlines for the foregoing pending motions, including responding to Plaintiff's motion for enlargement of time, motion for summary judgment, and omnibus motion in limine. [D.E. 68, 69, 71].

7. Defendants' contact information is as follows:

> LACAYO TRADE GROUP, INC. d/b/a
> SOLASI ACCOUNTING AND TAX ADVICE
> 111 SW 107 Avenue, Suite A
> Miami, Florida 33174
>
> SOPHIA LACAYO
> 111 SW 107 Avenue, Suite A
> Miami, Florida 33174

## **CERTIFICATE OF CONFERRAL**

Pursuant to Rule 7.1(a)(3) of the Local Rules of the Southern District of Florida, Defendants hereby certify that counsel for the movant conferred with Plaintiff's counsel in a good

faith effort to resolve the issues raised in the motion and have been unable to do so. Plaintiff's counsel advised they oppose the motion without the Defendants having new counsel to appear on their behalf because this may delay trial.

WHEREFORE, on the basis of the above and foregoing grounds, Counsel respectfully requests this Honorable Court to enter an order: (a) permitting Counsel to withdraw as counsel for Defendants; (b) relieving Counsel of any further obligations on behalf of Defendants in this case; (c) providing Plaintiff with thirty (30) days in which to retain new counsel; and (d) granting any other and further relief that the Court deems just, equitable, and proper.

Dated: December 15, 2017.

    RICHARDS GOLDSTEIN LLP
    *Attorneys for Solasi Accounting & Tax Advice & Design of the Words in Dark Blue at Left Side has a Circle Colored Blue, Purple and Green Light a/k/a Solasi, Lacayo Trade Group, Inc., and Sophia Lacayao*
    55 Miracle Mile, Suite 310
    Coral Gables, Florida 33134
    Telephone:  (305) 448-2228
    Facsimile:   (305) 448-2229
    Primary E-mail:  rrichards@rgattorneys.com
    Secondary E-mail: jgoldstein@rgattorneys.com

By: <u>s/Richard L. Richards</u>
RICHARD L. RICHARDS
Florida Bar No. 09415
JASON GOLDSTEIN
Florida Bar No.: 91113
JOSHUA SAVAL
Florida Bar No.: 112165

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2017, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF and served upon all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing., and on Defendants by email at sophia@solasitrade.com and by U.S. Mail at 111 SW 107 Avenue, Suite A, Miami, Florida 33174.

By: s/Richard L. Richards
RICHARD L. RICHARDS

## SERVICE LIST

J.H. ZIDELL, P.A.
*Attorneys for Gloridelfa Barrios*
J.H. Zidell, Esq.
300 71st Street, Suite 605
Miami Beach, FL 33141
Tel: (305) 865-6766
Fax: (305) 865-7167
rivkah.jaff@gmail.com
ntobak.zidellpa@gmail.com