UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division
**Case Number: 17-20186-CIV-MARTINEZ-GOODMAN**

GLORIDELFA BARRIOS and all others
similarly situated under 29 U.S.C. § 216(b),
    Plaintiff,

vs.

SOLASI ACCOUNTING & TAX ADVICE &
DESIGN OF THE WORDS IN DARK BLUE
AT LEFT SIDE HAS A CIRCLE COLORED
BLUE, PURPLE AND GREEN LIGHT a/k/a
SOLASI, LACAYO TRADE GROUP INC., and
SOPHIA LACAYO,
    Defendants.
_____/

## ORDER REQUIRING EXPEDITED RESPONSE AND REPLY TO MOTION TO WITHDRAW AND REVISING SCHEDULING ORDER

THIS CAUSE came before the Court upon the Motion to Withdraw as Counsel for Defendants (the "Motion to Withdraw") [ECF No. 73]. After careful consideration, it is hereby:

**ORDERED AND ADJUDGED** that

    1.    The deadline to file a response to the Motion to Withdraw is **December 22, 2017**. The deadline to file a reply in support of the Motion to Withdraw is **December 29, 2017**.

    2.    The previously set calendar call, trial date, and any remaining pretrial deadlines are **CANCELLED**.

    3.    After the Court has ruled on Defendants' Motion to Dismiss [ECF No. 11] and Plaintiff's Motion seeking Leave to File and Serve First Amended Complaint [ECF No. 25], the Court will reset the calendar call, trial date, and any remaining pretrial deadlines.

DONE AND ORDERED in Chambers at Miami, Florida, this 20 day of December, 2017.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
All Counsel of Record