IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

GLORIDELFA BARRIOS and all others
similarly situated under 29 U.S.C. 216(b),

    Plaintiff,                                               Case No.: 17-CV-20186-JEM

vs.

SOLASI ACCOUNTING & TAX ADVICE &
DESIGN OF THE WORDS IN DARK BLUE
AT LEFT SIDE HAS A CIRCLE COLORED
BLUE, PURPLE AND GREEN LIGHT a/k/a
SOLASI, LACAYO TRADE GROUP, INC.,
SOPHIA LACAYO,

    Defendants.
_____/

**DEFENDANTS' EXPEDITED MOTION
FOR EXTENSION OF TIME TO FILE RESPONSES**

The Defendants, SOLASI ACCOUNTING & TAX ADVICE & DESIGN OF THE WORDS IN DARK BLUE AT LEFT SIDE HAS A CIRCLE COLORED BLUE, PURPLE AND GREEN LIGHT a/k/a SOLASI ("Solasi"), LACAYO TRADE GROUP, INC. ("Lacayo Trade"), and SOPHIA LACAYO ("Ms. Lacayo") (collectively referred to hereinafter as the "Defendants"), by and through their undersigned counsel, move for an order extending the deadline to respond to Plaintiff's expedited motion for enlargement of one (1) day to file motion for summary judgment [D.E. 68], Plaintiff's motion for summary judgment [D.E. 69], Plaintiff's statement of material facts [D.E. 70], and Plaintiff's omnibus motion in *limine nunc pro tunc* [D.E. 71], and state in support thereof:

1

1. On December 11, 2017, Plaintiff filed her expedited motion for enlargement of one (1) day to file motion for summary judgment at 7:34 p.m. seeking to extend the dispositive motion deadline to the following day. [D.E. 68].

2. Defendants' response to Plaintiff's expedited motion is due December 27, 2017.

3. Defendants believe Plaintiff failed to show good cause for the extension in light of: 1) this Court granting an extension to the dispositive motion deadline on October 30, 2017 from October 30, 2017 to December 11, 2017 [D.E. 54]; 2) Plaintiff opposing the original extension of the dispositive motion deadline [D.E. 50]; and 3) Plaintiff waiting until 7:34 p.m. on the day of the deadline to seek an extension.

4. On December 12, 2017, despite no order on the Plaintiff's motion to extend the dispositive motion deadline, Plaintiff filed her Motion for Summary Final Judgment and Memorandum of Law and Statement of Facts in Support of Defendant's Motion for Summary Final Judgment. [D.E. 69, 70].

5. Defendants' response and opposing statement of facts are due December 27, 2017.

6. On December 13, 2017, Plaintiff filed her Omnibus Motion in *Limine Nunc Pro Tunc* notwithstanding the fact the deadline for motions in limine was December 11, 2017.[1] [D.E. 71].

7. Defendants' response to this motion is also due December 27, 2017.

8. Undersigned counsel and his firm are and will be preparing for the holiday season and forthcoming New Year celebration.

9. Defendants' counsel therefore requires additional time to finalize the responses and opposing statement of facts to Plaintiff's motions.

---

[1] Plaintiff never sought to extend the deadline for motions in limine.

10. Importantly, Defendants' counsel have filed a motion to withdraw [D.E. 73] and a motion for continuance [D.E. 67].

11. In the motion for continuance, the Defendants seek to extend the dispositive motion deadline on the basis there is outstanding discovery from the Defendants responsive to a Court order [D.E. 56] and the parties have pending substantive motions, including a motion to dismiss [D.E. 11] and motion for leave to amend [D.E. 25].

12. The Court's order canceling trial states that the Court will reschedule deadlines after ruling on the motion to dismiss and motion for leave to amend. [D.E. 76].

13. This Court's ruling on the motion to dismiss and motion for leave to amend may materially affect the Defendants' responses to Plaintiff's motions, or even moot the need for a response.

14. Defendants therefore respectfully request a 14-day extension until January 10, 2018 to file their responses and opposing statement of facts to Plaintiff's motions.

15. This motion is not intended to inconvenience the Court or be interposed for the purposes of delay.

16. The requested extension will not prejudice either party or impact the Court's scheduling order because this Court has cancelled calendar call and the trial date. [D.E. 76].

17. Pursuant to Rule 7.1(a)(3) of the Local Rules of the Southern District of Florida, Defendants hereby certify that counsel for the movant conferred with Plaintiff's counsel in a good faith effort to resolve the issues raised in the motion and have been unable to do so. Plaintiff's counsel advised they oppose the motion.

WHEREFORE, the Defendants respectfully request that this Court grant their expedited motion to extend the deadline to file responses to the Plaintiff's motions up through and including January 10, 2018, and for any further relief this Court deems just, equitable, and proper.

Dated: December 22, 2017.

                RICHARDS GOLDSTEIN LLP
                *Attorneys for Solasi Accounting & Tax Advice*
                *& Design of the Words in Dark Blue at Left Side*
                *has a Circle Colored Blue, Purple and Green*
                *Light a/k/a Solasi, Lacayo Trade Group, Inc.,*
                *and Sophia Lacayao*
                55 Miracle Mile, Suite 310
                Coral Gables, Florida 33134
                Telephone: (305) 448-2228
                Facsimile: (305) 448-2229
                Primary E-mail: rrichards@rgattorneys.com
                Secondary E-mail: jgoldstein@rgattorneys.com

                By: s/Richard L. Richards
                RICHARD L. RICHARDS
                Florida Bar No. 09415
                JASON GOLDSTEIN
                Florida Bar No.: 91113
                JOSHUA SAVAL
                Florida Bar No.: 112165

**CERTIFICATE OF SERVICE**

I hereby certify that on December 22, 2017, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF and served upon all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: s/Richard L. Richards
　　RICHARD L. RICHARDS

**SERVICE LIST**

J.H. ZIDELL, P.A.
*Attorneys for Gloridelfa Barrios*
J.H. Zidell, Esq.
300 71st Street, Suite 605
Miami Beach, FL 33141
Tel: (305) 865-6766
Fax: (305) 865-7167
zabogado@aol.com