IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

GLORIDELFA BARRIOS and all others
similarly situated under 29 U.S.C. 216(b),

    Plaintiff,                                       Case No.: 17-CV-20186-JEM

vs.

SOLASI ACCOUNTING & TAX ADVICE &
DESIGN OF THE WORDS IN DARK BLUE
AT LEFT SIDE HAS A CIRCLE COLORED
BLUE, PURPLE AND GREEN LIGHT a/k/a
SOLASI, LACAYO TRADE GROUP, INC.,
SOPHIA LACAYO,

    Defendants.
_____/

**REPLY TO PLAINTIFF'S RESPONSE
IN OPPOSITION TO MOTION TO WITHDRAW AS COUNSEL**

      The law firm of Richards Goldstein LLP, Richard L. Richards, Jason Goldstein, Maria Piva, and Joshua A. Saval (collectively "Counsel"), hereby file their reply to the Plaintiff's opposition to Counsels' motion to withdraw [D.E. 73], and state in support thereof:

**MEMORANDUM OF LAW**

      On December 15, 2017, Counsel advised Plaintiff they would be seeking to withdraw as counsel for the Defendants. Counsel also asked this Court to stay all deadlines for 30 days to permit Defendants to obtain new counsel. [D.E. 73]. Plaintiff's counsel stated she only opposed Counsel withdrawing without the Defendants having other counsel appear because that may cause a delay for trial. Counsel specifically included this objection in their certificate of conferral in the motion to withdraw. [D.E. 73]. On December 21, 2017, this Court entered an order canceling calendar call and removing this action from trial calendar. [D.E. 76].

1

In Plaintiff's response, Plaintiff states she does not "necessarily" oppose the withdrawal of Counsel in light of this Court's order. Rather, she opposes the 30-day request to extend deadlines to permit Defendants to obtain new counsel. Plaintiff requests an order requiring Defendants to obtain new counsel in 14 days instead of 30 days. Plaintiff bases her argument on the fact that there will be a delay in trial. However, the fact that this Court has canceled the previous trial date and has not set a new date for trial renders this argument without merit. Further, the upcoming 14-day period includes both Christmas and New Year's. A 30-day extension is reasonable in light of the upcoming holidays and the fact that there is no pending trial date.

Plaintiff's case law is also distinguishable and supports the Defendants' argument. The order in *Diaz v. Glob. Dev. Consultant Inc.*, 13-20729-CIV, states it is denying the motion to withdraw because the "Defendants' failure to abide by obligations of its own counsel should not be permitted to prejudice the Plaintiff or slow the progress of the case." *Id*.[1] Here, Plaintiff has not asserted any prejudice for a 30-day extension as opposed to a 14-day extension. Further, there will be no delay in litigation for a 30-day extension because there is no pending trial date. Importantly, this Court later granted defendants' counsel to withdraw in *Diaz*, the plaintiff obtained a default judgment against the corporate defendants, and the Court vacated the default judgment because of potential inconsistencies when the corporate defendants were alleged as jointly and severally liable with the individual defendants. *Diaz v. Glob. Dev. Consultant Inc.*, 2015 WL 12745537, at *2 (S.D. Fla. Sept. 22, 2015). Here, Plaintiff is alleging all the Defendants are jointly and severally liable. [D.E. 1]. According to *Diaz*, Plaintiff cannot obtain a default judgment against the corporate Defendants for failure to obtain counsel because of the potential for an inconsistent judgment with

---

[1] Counsel cannot provide a full citation because the order Plaintiff cites to is not recorded or included in an electronic database. Rather, it appears to be an order in Plaintiff's counsel's possession because the order is from another case Plaintiff's counsel appeared in.

the individual Defendant. Plaintiff therefore cannot argue the fact that there are corporate Defendants in this action as a basis for requiring a 14-day extension rather than a 30-day extension.[2]

WHEREFORE, on the basis of the above and foregoing grounds, Counsel respectfully requests this Honorable Court to enter an order: (a) permitting Counsel to withdraw as counsel for Defendants; (b) relieving Counsel of any further obligations on behalf of Defendants in this case; (c) providing Defendants with thirty (30) days in which to retain new counsel; and (d) granting any other and further relief that the Court deems just, equitable, and proper.

Dated: December 22, 2017.

        RICHARDS GOLDSTEIN LLP
        *Attorneys for Solasi Accounting & Tax Advice*
        *& Design of the Words in Dark Blue at Left Side*
        *has a Circle Colored Blue, Purple and Green*
        *Light a/k/a Solasi, Lacayo Trade Group, Inc.,*
        *and Sophia Lacayao*
        55 Miracle Mile, Suite 310
        Coral Gables, Florida 33134
        Telephone: (305) 448-2228
        Facsimile: (305) 448-2229
        Primary E-mail: rrichards@rgattorneys.com
        Secondary E-mail: jgoldstein@rgattorneys.com

        By: <u>s/Richard L. Richards</u>
        RICHARD L. RICHARDS
        Florida Bar No. 09415
        JASON GOLDSTEIN
        Florida Bar No.: 91113
        JOSHUA SAVAL
        Florida Bar No.: 112165

---

[2] Plaintiff also improperly includes a motion to compel in its response to Counsel's motion to withdraw. This Court should deny Plaintiff's motion to compel because discovery is closed and she has not raised this discovery issue with Magistrate John Goodman pursuant to this Court's scheduling order. [D.E. 23].

4

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2017, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF and served upon all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                          By: s/Richard L. Richards
                              RICHARD L. RICHARDS

## SERVICE LIST

J.H. ZIDELL, P.A.
*Attorneys for Gloridelfa Barrios*
J.H. Zidell, Esq.
300 71st Street, Suite 605
Miami Beach, FL 33141
Tel: (305) 865-6766
Fax: (305) 865-7167
zabogado@aol.com