IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

GLORIDELFA BARRIOS and all others
similarly situated under 29 U.S.C. 216(b),

    Plaintiff,                                          Case No.: 17-CV-20186-JEM

vs.

SOLASI ACCOUNTING & TAX ADVICE &
DESIGN OF THE WORDS IN DARK BLUE
AT LEFT SIDE HAS A CIRCLE COLORED
BLUE, PURPLE AND GREEN LIGHT a/k/a
SOLASI, LACAYO TRADE GROUP, INC.,
SOPHIA LACAYO,

    Defendants.
_____/

## DEFENDANTS' MOTION FOR CLARIFICATION

The Defendants, SOLASI ACCOUNTING & TAX ADVICE & DESIGN OF THE WORDS IN DARK BLUE AT LEFT SIDE HAS A CIRCLE COLORED BLUE, PURPLE AND GREEN LIGHT a/k/a SOLASI ("Solasi"), LACAYO TRADE GROUP, INC. ("Lacayo Trade"), and SOPHIA LACAYO ("Ms. Lacayo") (collectively referred to hereinafter as the "Defendants"), by and through their undersigned counsel, file this motion for clarification regarding this Court's December 20, 2017 order [ECF No. 76] (the "Order"), and state in support thereof:

1.    On December 11, 2017 at 7:34 p.m., Plaintiff filed her expedited motion for enlargement of one (1) day to file motion for summary judgment seeking to extend the dispositive motion deadline to the following day. [ECF No. 68].

2.    On December 12, 2017, despite no order on her motion to extend the dispositive motion deadline, Plaintiff filed her Motion for Summary Final Judgment and Memorandum of

1

Law and Statement of Facts in Support of Defendant's Motion for Summary Final Judgment. [ECF Nos. 69, 70].

3. On December 13, 2017, Plaintiff filed her Omnibus Motion in *Limine Nunc Pro Tunc* notwithstanding the fact the deadline for motions in limine was December 11, 2017.[1] [ECF No. 71].

4. On December 20, 2017, this Court entered the Order expediting the response and reply for Defendants' motion to withdraw [ECF No. 73] and canceling calendar call, trial date, and any remaining pretrial deadlines.

5. Defendants have been working under the belief that the Order canceled the pretrial deadlines to respond to Plaintiff's foregoing motions and that the deadlines will be rescheduled, if necessary, pending the outcome of the orders on Defendants' motion to dismiss [ECF No. 11] and Plaintiff's motion for leave to amend [ECF No. 25].

6. In an abundance of caution, Defendants filed a motion for extension of time to respond to Plaintiff's motions believing the Court will have entered orders on the motion to dismiss and motion for leave to amend by mid-January. [ECF No. 78].

7. Defendants believe the Order stays the deadline to respond to Plaintiff's motions, thereby making their motion for extension moot.

8. A stay of responding to Plaintiff's motions is proper because this Court's ruling on the motion to dismiss and motion for leave to amend may materially affect Defendants' responses to Plaintiff's motions, or even moot the need for a response.

9. Specifically, the Court's ruling on the motions may dismiss the action, require Plaintiff to amend her allegations, or permit Plaintiff to add new claims. This would then lead to

---

[1] Plaintiff never sought to extend the deadline for motions in limine.

Defendants filing another motion to dismiss or asserting affirmative defenses in this action for the first time because they have never filed a pleading due to the pending motions.

10. Further, a stay of responding to Plaintiff's motions will not inconvenience the Court, delay this action, or prejudice Plaintiff because the Court has cancelled trial and all other deadlines.[2] It is only not clear whether the Order also cancels the responsive motion deadlines.

11. It will be prejudicial if the Order does not include a stay because Defendants will then have to respond to Plaintiff's motions before the Court's orders on the motion to dismiss and motion for leave to amend. This is procedurally incorrect because Defendants have not filed any affirmative defenses and are unsure whether Plaintiff's motion for summary judgment will cover claims not included in its operative pleading.

12. Pursuant to Rule 7.1(a)(3) of the Local Rules of the Southern District of Florida, Defendants hereby certify that counsel for the movant conferred with Plaintiff's counsel in a good faith effort to resolve the issues raised in the motion and have been unable to do so. Plaintiff's counsel did not respond whether they oppose the motion or not.

WHEREFORE, the Defendants respectfully request that this Court grant their motion for clarification, clarify that the Order includes a stay of responding to the Plaintiff's motions, and for any further relief this Court deems just, equitable, and proper.

Dated: January 3, 2018.

>   RICHARDS GOLDSTEIN LLP
>   *Attorneys for Solasi Accounting & Tax Advice*
>   *& Design of the Words in Dark Blue at Left Side*
>   *has a Circle Colored Blue, Purple and Green*
>   *Light a/k/a Solasi, Lacayo Trade Group, Inc.,*
>   *and Sophia Lacayo*
>   55 Miracle Mile, Suite 310

---

[2] Defendants have also filed a motion for continuance of the pretrial motion deadline. [ECF No. 67]. The parties may therefore have more time to finalize and file dispositive motions after the Court's orders on the other pending motions.

        Coral Gables, Florida 33134
        Telephone: (305) 448-2228
        Facsimile: (305) 448-2229
        Primary E-mail: rrichards@rgattorneys.com
        Secondary E-mail: jgoldstein@rgattorneys.com

        By: s/Richard L. Richards
        RICHARD L. RICHARDS
        Florida Bar No. 09415
        JASON GOLDSTEIN
        Florida Bar No.: 91113
        JOSHUA SAVAL
        Florida Bar No.: 112165

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2018, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF and served upon all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        By: s/Richard L. Richards
           RICHARD L. RICHARDS

## SERVICE LIST

J.H. ZIDELL, P.A.
*Attorneys for Gloridelfa Barrios*
J.H. Zidell, Esq.
300 71st Street, Suite 605
Miami Beach, FL 33141
Tel: (305) 865-6766
Fax: (305) 865-7167
zabogado@aol.com