UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 17-20186-CIV-MARTINEZ-GOODMAN**

GLORIDELFA BARRIOS and all others
similarly situated under 29 U.S.C. § 216(b),

    Plaintiff,

vs.

SOLASI ACCOUNTING & TAX ADVICE &
DESIGN OF THE WORDS IN DARK BLUE
AT LEFT SIDE HAS A CIRCLE COLORED
BLUE, PURPLE AND GREEN LIGHT a/k/a
SOLASI, LACAYO TRADE GROUP INC., and
SOPHIA LACAYO,

    Defendants.
_____/

## ORDER

THIS CAUSE came before the Court upon Defendants' Expedited Motion for Extension of Time to File Responses [ECF No. 78]; Defendants' Motion for Clarification [ECF No. 82]; and Defendants' Motion for Continuance [ECF No. 67]. After careful consideration, it is hereby:

**ORDERED AND ADJUDGED** that

1. Defendants' Expedited Motion for Extension of Time to File Responses [ECF No. 78] is **GRANTED in part** as set forth herein.

2. Defendants' Motion for Clarification [ECF No. 82] is **GRANTED**.

3. Defendants' Motion for Continuance [ECF No. 67] is **GRANTED in part** as set forth herein.

4. After the Court rules on Defendants' Motion to Dismiss (the "Motion to Dismiss") [ECF No. 11] and Plaintiff's Motion seeking Leave to File and Serve First Amended Complaint

(the "Motion for Leave to Amend Complaint") [ECF No. 25], the Court will reset, if necessary, the deadline to respond to each of the following: Plaintiff's Expedited Motion for Enlargement of One (1) Day to File Motion for Summary Judgement [ECF No. 68]; Plaintiff's Motion for Summary Judgment [ECF No. 69]; Plaintiff's Statement of Material Facts in Support of Plaintiff's Motion for Summary Judgment [ECF No. 70]; and Plaintiff's Omnibus Motion in Limine *Nunc Pro Tunc* [ECF No. 71].

5. With respect to the Motion to Continue, the Court by separate order [ECF No. 76] cancelled the calendar call, trial date, and any remaining pretrial deadlines. After the Court has ruled on the Motion to Dismiss and the Motion for Leave to Amend Complaint, the Court will, if necessary, (a) reset the calendar call, trial date, and any remaining pretrial deadlines; (b) resolve the discovery issues raised in the Motion to Continue; and (c) determine whether to extend other pretrial deadlines, including the dispositive motion deadline.

DONE AND ORDERED in Chambers at Miami, Florida, this 8 day of January, 2018.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
All Counsel of Record