UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division
**Case Number: 17-20186-CIV-MARTINEZ-GOODMAN**

GLORIDELFA BARRIOS and all others
similarly situated under 29 U.S.C. § 216(b),
    Plaintiff,

vs.

SOLASI ACCOUNTING & TAX ADVICE &
DESIGN OF THE WORDS IN DARK BLUE
AT LEFT SIDE HAS A CIRCLE COLORED
BLUE, PURPLE AND GREEN LIGHT a/k/a
SOLASI, LACAYO TRADE GROUP INC., and
SOPHIA LACAYO,
    Defendants.
_____/

## ORDER GRANTING WITHDRAWAL OF COUNSEL AND REQUIRING DEFENDANTS TO FILE NOTICE

THIS CAUSE came before the Court upon Richards Goldstein LLP, Richard L. Richards, Jason Goldstein, Maria Piva, and Joshua A. Saval's (collectively "Counsel") Motion to Withdraw as Counsel for Defendants ("Motion to Withdraw") [ECF No. 73]. It is, hereby:

**ORDERED AND ADJUDGED** that

1. The Motion to Withdraw [ECF No. 73] is **GRANTED in part** as set forth herein. Counsel SHALL BE PERMITTED to withdraw as Attorneys of Record. Counsel shall, first, send a copy of this Order to its clients and file with the Clerk a certification of service.

2. Defendant Lacayo Trade Group, Inc. SHALL retain new counsel, and new counsel SHALL file a Notice of Appearance **on or before February 5, 2018**. A corporation must be represented by counsel and cannot proceed *pro se*. *Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985). Failure to comply with this Order SHALL result in the entry of default final judgment.

3. Defendant Sophia Lacayo SHALL **on or before February 5, 2018** either:

   a. retain new counsel, and new counsel SHALL file a Notice of Appearance; or

   b. file a Notice of Intent to Proceed *Pro Se*.

Failure to comply with this Order SHALL result in the entry of default final judgment.

4. This case is **STAYED** pending each Defendant filing a notice as required by this Order.

DONE AND ORDERED in Chambers at Miami, Florida, this 8 day of January, 2018.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
All Counsel of Record