IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

GLORIDELFA BARRIOS and all others
similarly situated under 29 U.S.C. 216(b),

    Plaintiff,                                              Case No.: 17-CV-20186-JEM

vs.

SOLASI ACCOUNTING & TAX ADVICE &
DESIGN OF THE WORDS IN DARK BLUE
AT LEFT SIDE HAS A CIRCLE COLORED
BLUE, PURPLE AND GREEN LIGHT a/k/a
SOLASI, LACAYO TRADE GROUP, INC.,
SOPHIA LACAYO,

    Defendants.
_____/

## CERTIFICATION OF SERVICE

The law firm of Richards Goldstein LLP, Richard L. Richards, Jason Goldstein, Maria Piva, and Joshua A. Saval (collectively "Counsel"), pursuant to this Court's January 8, 2018 order [ECF No. 86], hereby files this certification of service advising the Court that Counsel served the Defendants, SOLASI ACCOUNTING & TAX ADVICE & DESIGN OF THE WORDS IN DARK BLUE AT LEFT SIDE HAS A CIRCLE COLORED BLUE, PURPLE AND GREEN LIGHT a/k/a SOLASI ("Solasi"), LACAYO TRADE GROUP, INC. ("Lacayo Trade"), and SOPHIA LACAYO ("Ms. Lacayo"), with the Court's order via certified mail on January 8, 2018.

                                              RICHARDS GOLDSTEIN LLP
                                              *Attorneys for Solasi Accounting & Tax Advice*
                                              *& Design of the Words in Dark Blue at Left Side*
                                              *has a Circle Colored Blue, Purple and Green*
                                              *Light a/k/a Solasi, Lacayo Trade Group, Inc.,*
                                              *and Sophia Lacayo*
                                              55 Miracle Mile, Suite 310
                                              Coral Gables, Florida 33134
                                              Telephone:  (305) 448-2228

1

Facsimile:   (305) 448-2229
Primary E-mail:  rrichards@rgattorneys.com
Secondary E-mail: jgoldstein@rgattorneys.com

By: s/Richard L. Richards
RICHARD L. RICHARDS
Florida Bar No. 09415
JASON GOLDSTEIN
Florida Bar No.: 91113
JOSHUA SAVAL
Florida Bar No.: 112165

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2018, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF and served upon all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing., and on Defendants by email at sophia@solasitrade.com and by U.S. Mail at 111 SW 107 Avenue, Suite A, Miami, Florida 33174.

By: s/Richard L. Richards
    RICHARD L. RICHARDS

## SERVICE LIST

J.H. ZIDELL, P.A.
*Attorneys for Gloridelfa Barrios*
J.H. Zidell, Esq.
300 71st Street, Suite 605
Miami Beach, FL 33141
Tel: (305) 865-6766
Fax: (305) 865-7167
rivkah.jaff@gmail.com
ntobak.zidellpa@gmail.com