UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 17-20186-CIV-MARTINEZ-GOODMAN

GLORIDELFA BARRIOS and all others
similarly situated under 29 U.S.C. § 216(b),

    Plaintiff,

vs.
SOLASI ACCOUNTING & TAX ADVICE &
DESIGN OF THE WORDS IN DARK BLUE
AT LEFT SIDE HAS A CIRCLE COLORED
BLUE, PURPLE AND GREEN LIGHT a/k/a
SOLASI, LACAYO TRADE GROUP INC.,
and SOPHIA LACAYO,

    Defendants.
_____/

## ORDER GRANTING LEAVE TO AMEND

THIS CAUSE came before the Court upon Plaintiff's Motion Seeking Leave to File and Serve First Amended Complaint [ECF No. 25]. After careful consideration, it is hereby:

**ORDERED AND ADJUDGED** that Plaintiff's Motion Seeking Leave to File and Serve First Amended Complaint [ECF No. 25] is **GRANTED**. Plaintiff shall re-file the First Amended Complaint as a separate docket entry on or before **March 19, 2018**. Defendants' Motion to Dismiss [ECF No. 11] is **DENIED as MOOT**.

DONE AND ORDERED in Chambers at Miami, Florida, this 14 day of March, 2018.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
All Counsel of Record