UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 17-20186-CIV-MARTINEZ-GOODMAN

GLORIDELFA BARRIOS and all others
similarly situated under 29 U.S.C. § 216(b),

    Plaintiff,

vs.
SOLASI ACCOUNTING & TAX ADVICE &
DESIGN OF THE WORDS IN DARK BLUE
AT LEFT SIDE HAS A CIRCLE COLORED
BLUE, PURPLE AND GREEN LIGHT a/k/a
SOLASI, LACAYO TRADE GROUP INC.,
and SOPHIA LACAYO,

    Defendants.
_____/

## ORDER DENYING PLAINTIFF'S MOTON FOR FINAL DEFAULT JUDGMENT

THIS CAUSE came before the Court upon the Plaintiff's "Motion for Final Default Judgment as to Defendants, Jointly and Severally, and for Enlargement of Time to File One Motion Regarding Fees and Costs Including Future Fees and Costs regarding Collection of Default at the Conclusion of Collection" (hereinafter, "Motion for Final Default Judgment"). Upon review of the record, while this Court is aware that Defendants' response was untimely, this Court also notes that Defendants responded to Plaintiff's Amended Complaint prior to the clerk's entry of default [ECF No. 93]. Accordingly, as stated in this Court's Order [ECF No. 102), which vacated the clerk's entry of default as to Defendants, "[c]ourts prefer adjudication on the merits. *See Varnes v. Local 91, Glass Bottle Blowers Ass'n of U.S. and Canada*, 674 F.2d 1365, 1369 (11th Cir. 1982).

Hence, after careful consideration, it is hereby:

**ORDERED AND ADJUDGED** that Plaintiff's Motion for Final Default Judgment is **DENIED** for the reasons stated herein.

DONE AND ORDERED in Chambers at Miami, Florida, this 16 day of August, 2018.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
All Counsel of Record