UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-20186-CIV-MARTINEZ-GOODMAN

**GLORIDELFA BARRIOS and all others
Similarly situated under 29 U.S.C. 216(b),**

    Plaintiff,

vs.

**SOLASI ACCOUNTING & TAX ADVICE
& DESIGN OF THE WORLDS IN DARK
BLUE AT LEFT SIDE HAS A CIRCLE
COLORED BLUE, PURPLE AND GREEN
LIGHT a/k/a SOLASI, LACAYO TRADE
GROUP INC, SOPHIA LACAYO,**

    Defendants.

_____

**JOINT MOTION FOR REVISED SCHEDULING ORDER**

Plaintiff and Defendant, by and through the undersigned counsel, pursuant to this Court's Order of 8/31/18 (DE #105), requiring the parties to submit a motion for a revised joint scheduling order on or before September 14, 2018, including a proposed trial date, submit this joint motion and state:

1.    In addition to Plaintiff's FLSA claims, Plaintiff has a claim for minimum wage violations under Florida State Law/Florida Constitution (i.e. Florida Statutes § 448.110). Amending the Complaint to include the Florida state minimum wage claim was not burdensome to any factual discovery as it involves many of the same facts the FLSA claims involves. As such, Plaintiff sought leave of Court to amend, which the Court granted, Plaintiff filed a First Amended Complaint adding said claim. Plaintiff was deposed on August 31, 2017, in excess of

two (2) months subsequent to Plaintiff's filing of the Motion for Leave to Amend, which attached the proposed Amended Complaint to same.[1] Therefore, Defendants were on notice of the Complaint and had the opportunity, and did, question Plaintiff on said claim.

2. The Defendants filed a Motion to Dismiss the First Amended Complaint, which was denied by the Court.

3. This Court set an Answer Due deadline of 8/30/18 per [DE102].

4. Defendants filed their Answer and Affirmative Defenses on 8/30/18 [DE104]. Defendants subsequently filed an Amended Answer and Affirmative Defenses [DE107] removing any defenses relating to issues of interstate commerce and related jurisdiction. Defendants have stipulated to interstate commerce for this action.

5. The Court thereafter ordered the parties to submit the instant motion [DE105] after which the Court will be issuing a revised scheduling order.

6. Based on the prior Scheduling Order [DE23], the Parties had approximately six (6) months of discovery, conducted multiple party and non-party depositions, attended mediation and a Settlement Conference, and also served and responded to multiple written discovery. Plaintiff's position is that no additional discovery is needed and that the Court should enter an Order that allows the Parties to file and/or re-file their dispositive pleadings and proceed to a Jury Trial. Defendant's position is that based on the Amended Complaint and related Amended Answer and Affirmative Defenses, as well as the existence of non-party witnesses that may still be deposed, a short additional period of time is required to complete discovery. Defendant has

---

[1] Prior to the commencement of Plaintiff's depositions, counsel for Plaintiff stated on the record that Plaintiff would not agree to be re-deposed, that the Motion for Leave to amend had been fully briefed and was pending [DE25],along with the proposed Amended Complaint [DE25-1], and, as such, Defendants questioned Plaintiff on said claim, in addition to her other claims.

yet to determine which non-party witness, if any, need to be depose that has not been deposed. The Parties have been unable to agree on this issue.

7.	The parties have submitted a proposed Revised Scheduling Order which is attached hereto as Exhibit 1.

WHEREFORE, the Parties request that this Court issue a Revised Scheduling Order allowing the Parties to file and/or re-file their dispositive pleadings, setting a new trial date, and incorporating the deadlines agreed to by the parties in the proposed Revised Scheduling Order, and any further relief the Court deems just and proper.

DATED: The 17th day of September 2018.

| | |
|---|---|
| s/ Jose M. Sanchez, Esq. | s/ Neil Tobak, Esq. |
| JOSE M. SANCHEZ, ESQ | NEIL TOBAK, ESQ. |
| Florida Bar No. 0050288 | Florida Bar No. 93940 |
| E-Mail: jmslaw@yahoo.com | Email: ntobak.zidellpa@Gmail.com |
| JMS Law, P.A. | The Law Offices of J.H. Zidell, P.A. |
| 8355 W. Flagler St #322 | 300 71st Street, Suite 605 |
| Miami, Florida 33144 | Miami Beach, Florida 33141 |
| Attorney for Defendants | Attorneys for Plaintiff |
| Tel: (786) 351-1935 | Tel: (305) 865-6766 |

.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO.: 17-20186-CIV-MARTINEZ-GOODMAN

**GLORIDELFA BARRIOS and all others similarly situated under 29 U.S.C. 216(b),**

    **Plaintiff,**

vs.

**SOLASI ACCOUNTING & TAX ADVICE & DESIGN OF THE WORLDS IN DARK BLUE AT LEFT SIDE HAS A CIRCLE COLORED BLUE, PURPLE AND GREEN LIGHT a/k/a SOLASI, LACAYO TRADE GROUP INC, SOPHIA LACAYO,**

    **Defendants.**

_____

**Exhibit 1**

**REVISED JOINT SCHEDULING ORDER**
(Proposed)

THIS MATTER came before the Court upon the Parties' Joint Motion for Revised Joint Scheduling Order, and upon being advised on the premises, it is hereby ordered:

1.　　The parties believe that the following discovery schedule, formulated pursuant to S.D.Fla.L.R. 16.1(B)(2), for the timing of pre-trial and trial deadlines, is appropriate, and will sufficiently provide for the just, speedy and effective progress of this cause.

    __11/1/18__      All discovery, including expert discovery, shall be completed.[2]

    __10/19/18__    All Daubert, summary judgment, and other dispositive motions must be filed.

Note: In the event that there are any unresolved discovery motions pending fifteen days prior to this date, the moving party shall immediately advise the Court of all such unresolved motions together with their status.

    __11/9/18__      All pretrial motions and memoranda of law,[3] such as motions in limine, must be filed.

    __11/30/18__    Joint Pretrial Stipulation and deposition designations must be filed. The deadlines for objections to deposition designations, counter-designations, and rebuttal designations are previously set forth in paragraph 5 of the Order Setting Civil Trial Date and Pretrial Schedule, Requiring Mediation, and Referring Certain Motions to Magistrate Judge (DE#23).

    __12/7/18__      Proposed joint jury instructions, proposed joint verdict form, and/or proposed findings of fact and conclusions of law must be filed.

    __1/14/19__      Proposed voir dire questions must be filed.

    __2/4/19__       Proposed trial date.

DONE AND ORDERED in Chambers at Miami, Florida, this 14th day of September 2018.

                                            JOSE E. MARTINEZ
                                            UNITED STATES DISTRICT JUDGE

---

[2] Plaintiff does not believe any more discovery is needed, as approximately one (1) year of discovery has already occurred and Amending the Complaint to include the Florida state minimum wage claim was not burdensome to any factual discovery as it involves many of the same facts the FLSA claims involves. Further Defendant has yet to determine which non-party witness, **if any**, need to be depose.

[3] This deadline does not pertain to Daubert, summary judgment, and other dispositive motions as a specific deadline has already been provided for these motions.

Copies provided to:
Magistrate Judge Goodman
All Counsel of Record