UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 17-20186-CIV-MARTINEZ-GOODMAN**

GLORIDELFA BARRIOS and all others
similarly situated under 29 U.S.C. § 216(b),

    Plaintiff,

vs.

SOLASI ACCOUNTING & TAX ADVICE &
DESIGN OF THE WORDS IN DARK BLUE
AT LEFT SIDE HAS A CIRCLE COLORED
BLUE, PURPLE AND GREEN LIGHT a/k/a
SOLASI, LACAYO TRADE GROUP INC.,
and SOPHIA LACAYO,

    Defendants.
_____/

## ORDER REVISING SCHEDULING ORDER

THIS CAUSE came before the Court upon the Parties' Joint Motion for Revised Joint Scheduling Order [ECF No. 108]. After careful consideration, it is hereby

**ORDERED AND ADJUDGED** that

1. The Parties' Joint Motion for Revised Joint Scheduling Order [ECF No. 108] is **GRANTED as set forth herein.**[1]

2. Trial is rescheduled to commence during the two-week period beginning **Tuesday, February 19, 2019**, with calendar call commencing on **Thursday, February 14, 2019, at 1:30 p.m.**

3. The following pretrial deadlines are reset:

      11/1/18      All discovery, including expert discovery, shall be completed.

---

[1] The Court has adopted the Parties' Proposed Joint Scheduling Order and corresponding pretrial deadlines for the exception of the trial date.

    __10/19/18__    All Daubert, summary judgment, and other dispositive motions must be filed.

Note: In the event that there are any unresolved discovery motions pending fifteen days prior to this date, the moving party shall immediately advise the Court of all such unresolved motions together with their status.

    __11/9/18__    All pretrial motions and memoranda of law, such as motions in limine, must be filed.

    __11/30/18__    Joint Pretrial Stipulation and deposition designations must be filed. The deadlines for objections to deposition designations, counter-designations, and rebuttal designations are previously set forth in paragraph 5 of the Order Setting Civil Trial Date and Pretrial Schedule, Requiring Mediation, and Referring Certain Motions to Magistrate Judge [ECF No. 23].

    __12/7/18__    Proposed joint jury instructions, proposed joint verdict form, and/or proposed findings of fact and conclusions of law must be filed.

    __1/14/19__    Proposed voir dire questions must be filed.

    __2/19/19__    Proposed trial date.

The Court's scheduling order [ECF No. 23] shall otherwise remain in full force and effect.

DONE AND ORDERED in Chambers at Miami, Florida, this **20** day of September 2018.

                                              JOSE E. MARTINEZ
                                              UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
All Counsel of Record