UNITED STATES DISTRICT
COURT SOUTHERN
DISTRICT OF FLORIDA

CASE NO.: 17-20186-CIV-JEM

| | |
|---|---|
| **GLORIDELFA BARRIOS** and all others similarly situated under 29 U.S.C. 216(b), | ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| **SOLASI ACCOUNTING & TAX ADVICE & DESIGN OF THE WORDS IN DARK BLUE AT LEFT SIDE HAS A CIRCLE COLORED BLUE, PURPLE AND GREEN LIGHT** a/k/a **SOLASI, LACAYO TRADE GROUP INC, SOPHIA LACAYO,** | ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**NOTICE OF CONFLICT**

COMES NOW Plaintiff, through her undersigned counsel, and, pursuant to Local Rule 16.3, files this Notice of Conflict and states the following:

1. This case is scheduled for trial during the two-week docket beginning on March 2, 2020. This trial is estimated to take three days.

2. Undersigned counsel is currently also scheduled for oral argument in the Fifth Circuit Court of Appeals case of   , Docket Number , beginning at 9:00 a.m. on Tuesday, March 3, 2020.  This oral argument is to take place in New Orleans, Louisiana.

3. Although there are two attorneys in the undersigned firm, Mr. Zidell must conduct both the oral argument in the Fifth Circuit and this trial because undersigned counsel just joined the firm in October of 2019, and did not work on the litigation of this case leading

1

up to trial, and undersigned counsel is not a member of the Texas (where the case originated) or the Fifth Circuit Bar.

4. Plaintiff respectfully suggests that the trial of this case be started on or after March 3, 2020.

**Respectfully submitted this 11th day of February, 2020,**

LISA KUHLMAN
J.H. ZIDELL, P.A.
ATTORNEY FOR PLAINTIFF
300 71ST STREET, #605
MIAMI BEACH, FL 33141
PH: 305-865-6766
FAX: 305-865-7167
EMAIL: LKUHLMAN.JHZIDELLPA@GMAIL.COM
Florida Bar No. 978027

BY:___/s/___Lisa Kuhlman_____
LISA KUHLMAN

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS PROVIDED VIA CM/ECF ON 2/11/20 TO:
ALL E-FILING REGISTRANTS**

**JOSE M. SANCHEZ, ESQ.
E-Mail: jms_law@yahoo.com
JMS Law, P.A.
8355 W. Flagler St #322
Miami, Florida 33144**

BY:___/s/___Lisa Kuhlman_____
LISA KUHLMAN

2