UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-20186-CIV-JEM

GLORIDELFA BARRIOS and all others )
similarly situated under 29 U.S.C. § 216(b), )
                                                    )
      Plaintiff,                          )
                                                    )
vs.                                   )
                                                    )
**SOLASI ACCOUNTING & TAX ADVICE &** )
**DESIGN OF THE WORDS IN DARK BLUE** )
**AT LEFT SIDE HAS A CIRCLE COLORED** )
**BLUE, PURPLE, AND GREEN LIGHT** a/k/a )
SOLASI, et al.                     )
                                                    )
     Defendants.                  )
_____ )

**ORDER GRANTING PLAINTIFF'S MOTION TO RENEW SUBPOENAS FOR TRIAL**

This cause, having come before the Court on Plaintiffs' Motion to Extend Subpoenas for Trial, and the Court being duly advised in the premises, it is **ORDERED AND ADJUDGED** that said Motion is granted and therefore:

All trial subpoenas Plaintiff's counsel have previously served in this matter are extended to the end of the trial of this matter, which begins on March 16, 2020 at 9:00 A.M. through March 19, 2020 at 5:00 P.M.

The subpoenas that have been served on the following people are subject to this Order:

    A.     30(b)(6) Corporate Representative of Copiexperts.com

    B.     Thanya Lacayo

    C.     Zamiro Rodriguez

    D.     Miriam Cardozo

    E.     Rosa Anido

1

   F. Aida Morelles

   G. Stephany Raudez

**DONE AND ORDERED** in chambers in Miami, Florida, on this ___ day of March, 2020.

                PAUL C. HUCK
                SENIOR UNITED STATES DISTRICT JUDGE